**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

**UNITED STATES OF AMERICA**

| | |
|---|---|
| **V.** | **CRIMINAL** |
| | **NO. 04-10098 -WGY** |

Manuel Lamont Mendes

Christopher Custer

Carmen Figueroa

Desiree Alves

Wiliam Tejeda

Jennifer Pavao

**INITIAL SCHEDULING ORDER**

**YOUNG,C.J.**

The above named defendant(s) having been arraigned on  4/6/04

before  DEIN, USMJ   , and having elected to proceed under the automatic discovery rules, IT IS

HEREBY ORDERED in accordance with Local Rules (LR) 116.1 through 116.5 that:

A.    The government shall provide automatic discovery by  5/4/04        See  L.R116.1(C).

B.    The defendant shall provide automatic discovery by 5/4/04     .  See LR 116.1(D).

C.    Any discovery request letters shall be sent and filed by  5/18/04 . See LR 116.3 (A) and (H).

D.    Any responses to discovery request letters shall be sent and filed by  6/1/04    . See LR 116.3(A).

E.    An initial status conference in accordance with LR 116.5 will be held on  MAY 18, 2004
      at     2:00      p.m. in Courtroom No.   18      on the  5     floor.

By the Court,

4/16/04                                    /s/ Elizabeth Smith
_____                    _____
        **Date**                                    **Deputy Clerk**

**(Crinsch1.wp - 11/24/98)**