UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Criminal Action
No: <u>04-10098-WGY</u>

UNITED STATES
Plaintiff

v.

MANUEL MENDES
CHRISTOPHER CUSTER
CARMEN FIGUEROA
DESIREE ALVES
WILLIAM TEJADA
JENNIFER PAVAO
Defendant

SCHEDULING ORDER

YOUNG, C.J.

An initial status conference in accordance with LR 116.5 was held on  5/18/04

Any substantive motions are to be filed by    3/7/05  . See LR 116.3(E) and (H).

Response to any motion is to be filed on or before    3/21/05    See LR 116.3(l).

A Final Pretrial Conference will be held on   4/4/05@ 2:00 PM

A joint memorandum in accordance with LR 116.5(C) is to be filed by 4/4/05

A tentative trial date has been set for   5/2/05

The time between 5/18/04   and    5/2/05    is excluded in the interest of justice.

The defendants have an additional 60 days to file discovery letter.

**The Court Orders the Conditions of Release for Defendant Carmen Figueroa amended as follows: The defendant may reside with Mrs. Mendes, but is to have no**

**Telephone contact with defendant Manuel Mendes.**

|  | By the Court, |
|---|---|
|  | /s/ Elizabeth Smith |
|  | **Deputy Clerk** |

**May 20, 2004**
**To: All Counsel**