UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>v. )<br>)<br>MANUEL MENDES, CHRISTOPHER T. )<br>CUSTER, CARMEN FIGUEROA, )<br>DESIREE ALVES, WILLIAM TEJEDA, )<br>and JENNIFER PAVAO, )<br>)<br>Defendants. ) | 04-cr-10098-WGY |

## DEFENDANT CHRISTOPHER T. CUSTER'S MOTION TO SUPPRESS POST-ARREST STATEMENTS AND REQUEST FOR HEARING

Defendant Christopher T. Custer ("Custer") hereby moves to suppress all post-arrest statements made by him to law enforcement officials and the fruits thereof. As grounds for his Motion, Custer states that (1) Custer was not properly advised of his *Miranda* rights prior to making the statements; and (2) the statements were obtained involuntarily in violation of his rights under the Fifth and Fourteenth Amendments to the United States Constitution. As further grounds for his Motion, Custer submits his Memorandum of Law herewith.

WHEREFORE, Custer requests that all post-arrest statements obtained from him be suppressed. In the alternative, Custer requests a hearing to resolve any disputed issues of fact. Custer respectfully submits that the admission of his statements is a preliminary question and, as such, requires a factual hearing outside of the jury's presence and sufficiently in advance of trail so as to allow the defendant to adequately prepare for trial if necessary. *See Jackson v. Denno*, 378 U.S. 368 (1984).

                      CHRISTOPHER T. CUSTER,

                      By his attorney,

                      /s/ Mark D. Smith

                      Mark D. Smith, BBO# 542676
                      Laredo & Smith, LLP
                      15 Broad Street, Suite 600
                      Boston, MA 02109
                      (617) 367-7984

Dated: March 17, 2005

## CERTIFICATE OF SERVICE

    I, Mark Smith, attorney for Defendant Christopher T. Custer hereby certify that on this date I served the within Motion to Suppress Post Arrest Statements by causing a copy to be delivered by regular mail, postage prepaid, to:

Thomas J. Ford, Esq.
141 Tremont Street
Suite 400
Boston, MA 02111

John LaChance, Esq.
600 Worcester Road
Suite 501
Framingham, MA 01701

Page Kelley, Esq.
Federal Defenders
408 Atlantic Avenue
Boston, MA 02210

David J. Apfel, Esq.
Goodwin Procter, LLP
Exchange Place
53 State Street
Boston, MA 02109

Michael C. Andrews, Esq.
Law Offices of Michael C. Andrews
21 Custom House Street
Suite 920
Boston, MA 02110

Susan Poswistilo, Esq.
United States Attorney's Office
1 Courthouse Way
Suite 9200
Boston, MA 02210

                                                          _____
                                                          Mark Smith
                                                          Laredo & Smith, LLP
                                                          15 Broad Street, Suite 600
                                                          Boston, MA 02109
                                                          (617) 367-7984

Dated: March ___, 2005