UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>MANUEL MENDES, CHRISTOPHER T.<br>CUSTER, CARMEN FIGUEROA,<br>DESIREE ALVES, WILLIAM TEJEDA,<br>and JENNIFER PAVAO,<br><br>    Defendants. | 04-cr-10098-WGY |

## DEFENDANT CHRISTOPHER T. CUSTER'S
## MOTION TO SEVER DEFENDANTS

Defendant Christopher T. Custer ("Custer") hereby moves to sever his case from that of his co-defendants, William Tejeda ("Tejeda") and Jennifer Pavao ("Pavao"). As grounds for his Motion, Custer states that: (1) he, Tejeda and Pavao (among others) are charged with conspiracy to distribute and to possess with intent to distribute cocaine and cocaine base arising out of the same incidents; (2) Tejeda and Pavao made statements to law enforcement officials placing Custer at the scene of the crime; and (3) if there is a joint trial at which Tejeda and Pavao exercise their constitutional right not to testify, the introduction by the government of their statements would violate Custer's constitutional right to confrontation of witnesses under *Bruton v. United States*, 391 U.S. 123 (1968). As further grounds for his Motion, Custer submits his Memorandum of Law herewith.

2

CHRISTOPHER T. CUSTER,

By his attorney,

_____
Mark D. Smith, BBO# 542676
Laredo & Smith, LLP
15 Broad Street, Suite 600
Boston, MA 02109
(617) 367-7984

Dated: March 1¼, 2005

## CERTIFICATE OF SERVICE

I, Mark Smith, attorney for Defendant Christopher T. Custer hereby certify that on this date I served the within Motion to Sever Defendants by causing a copy to be delivered by regular mail, postage prepaid, to:

Thomas J. Ford, Esq.
141 Tremont Street
Suite 400
Boston, MA 02111

John LaChance, Esq.
600 Worcester Road
Suite 501
Framingham, MA 01701

Page Kelley, Esq.
Federal Defenders
408 Atlantic Avenue
Boston, MA 02210

David J. Apfel, Esq.
Goodwin Procter, LLP
Exchange Place
53 State Street
Boston, MA 02109

Michael C. Andrews, Esq.
Law Offices of Michael C. Andrews
21 Custom House Street
Suite 920
Boston, MA 02110

Susan Poswistilo, Esq.
United States Attorney's Office
1 Courthouse Way
Suite 9200
Boston, MA 02210

Mark Smith
Laredo & Smith, LLP
15 Broad Street, Suite 600
Boston, MA 02109
(617) 367-7984

Dated: March __, 2005

3