**U.S. Department of Justice**
Drug Enforcement Administration

## REPORT OF INVESTIGATION

Page 1 of 2

| 1. Program Code | | 2. Cross File | Related Files | 3. File No. | 4. G-DEP Identifier |
|---|---|---|---|---|---|
| 5. By: TFA Brian Guiney<br><br>At Barnstable, MA | | ☐ ☐ ☐ ☐ | | 6. File Title | |
| 7. ☐ Closed ☐ Requested Action Completed<br>☐ Action Requested By: | | | | 8. Date Prepared<br>04/14/04 | |
| 9. Other Officers: S/A Robert Garcia | | | | | |

10. Report Re: Post Arrest Statements of Chris CUSTER, William TEJEDA and Jennifer PAVAO on March 16, 2004

## DETAILS

1. Reference is made to DEA-6 by S/A Thomas W. Millar dated 3-29-04 under the above file title and number. The referenced report details the events leading up to the arrests of Christopher CUSTER, Catalin CANELO, Jennifer PAVAO and William TEJEDA on 3-16-04 in New York City. Subsequent to Chris CUSTER's arrival to the NYFD for booking and processing, S/A Thomas Millar and TFA Brian Guiney attempted to interview CUSTER in an interview room adjacent to the booking room. S/A Millar explained much of the evidence that the CCTF had against CUSTER in this case (Title III investigation, PHOC calls between CUSTER and Manuel MENDES and surveillances). CUSTER, however, declined to make a statement. CUSTER said he thought he should talk to an attorney before making a statement. The interview ended at that time.

2. During processing in the booking room at the NYFD, CUSTER asked TFA Guiney, on several occasions, what was going to happen to Jennifer PAVAO. TFA Guiney, in the presence of P/O Thomas Chevalier, asked CUSTER if he was aware of his Miranda Rights. CUSTER said yes, he was aware of his rights, but he was more concerned about PAVAO's fate. TFA Guiney told CUSTER that he could not tell him what PAVAO's fate was; her fate was dependent on what she did to help the investigators. CUSTER then said that he did the deal right on the sidewalk where he was apprehended. TFA Guiney asked CUSTER if he did the deal inside a building. CUSTER said that the deal took place on the sidewalk. CUSTER

| 11. Distribution:<br>Division | 12. Signature (Agent)<br>Brian Guiney, TFA, CCTF | 13. Date<br>5-3-04 |
|---|---|---|
| District | 14. Approved (Name and Title)<br>Edward J. Harrington<br>G/S, CCTF | 15. Date<br>5-3-04 |
| Other | | |

DEA Form - 6
(Jul. 1996)

twm
1 - Prosecutor

**DEA SENSITIVE**
Drug Enforcement Administration

0139

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

Previous edition dated 8/94 may be used.

**U.S. Department of Justice**
Drug Enforcement Administration

| REPORT OF INVESTIGATION | 1. File No. | 2. G-DEP Identifier |
|---|---|---|
| *(Continuation)* | 3. File Title | |

| 4. | |
|---|---|
| **Page 2 of 2** | |
| 5. Program Code | 6. Date Prepared |
| | 04/14/04 |

said he was ready to do the deal on Boston Rd, but "the guy" called him and switched the location. CUSTER told TFA Guiney and P/O Chevalier he (CUSTER) handed the money to "the guy" (the SOS) and in return the SOS handed him the cocaine. CUSTER said that the female (Catalin CANELO) was just giving him a ride back to his car.

3. After William TEJEDA was arrested and transported to the NYFD he made a statement to TFA Guiney. TEJEDA told TFA Guiney and S/A Garcia that he (TEJEDA) met Manuel MENDES years ago in New York City, before he (MENDES) went to jail. TEJEDA said after MENDES went to jail, he (TEJEDA) has dealt with a couple of runners including CUSTER and a female. TEJEDA said that he thought that CUSTER was an informant and had set him up. TEJEDA said that he speaks to "Carmen" to negotiate the deal and then CUSTER on two way Nextel cellular telephone when he (CUSTER) get close to New York City. TEJEDA said that he did the deal with CUSTER near his (TEJEDA's) work on this occasion.

4. During Jennifer PAVAO's booking and processing procedures at the NYFD, she made some statements to TFA Brian Guiney. PAVAO said that she was unaware that CUSTER was picking up cocaine in New York City on 3-16-04. PAVAO denied being CUSTER's girlfriend. TFA Brian Guiney told PAVAO that he knew she had a made a trip to New York City with CUSTER in February, 2004. PAVAO did not have anything to say to TFA Guiney about the February, 2004 trip. PAVAO told TFA Guiney that she was going shopping on this trip to New York City with CUSTER.

<u>INDEXING</u>

William TEJEDA

Manuel MENDES

Christopher CUSTER

Jennifer PAVAO



0140

| DEA Form   - 6a | **DEA SENSITIVE** | |
|---|---|---|
| (Jul. 1996) | Drug Enforcement Administration | |

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

**1 - Prosecutor**

Previous edition dated 8/94 may be used.