UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>v. )<br>) 04-cr-10098-WGY<br>)<br>MANUEL MENDES, CHRISTOPHER T. )<br>CUSTER, CARMEN FIGUEROA, )<br>DESIREE ALVES, WILLIAM TEJEDA, )<br>and JENNIFER PAVAO, )<br>)<br>Defendants. )<br>) | |

### DEFENDANT CHRISTOPHER T. CUSTER'S MOTION TO SUPPRESS EVIDENCE OBTAINED FROM 18 MURPHY ROAD, HYANNIS, MASSACHUSETTS AND REQUEST FOR HEARING

Defendant Christopher T. Custer ("Custer") hereby moves to suppress all evidence obtained as the result of a search conducted at 18 Murphy Road, Hyannis, Massachusetts on or about March 16, 2004. As grounds for his Motion, Custer states that the search warrant was not supported by probable cause. Therefore, the evidence which Custer seeks suppressed was obtained as the result of unreasonable and unconstitutional searches and seizures in violation of Custer's Fourth and Fourteenth Amendment rights. As further grounds for his Motion, Custer submits his Memorandum of Law herewith.

WHEREFORE, Custer requests that all physical evidence seized as a result of the search of 18 Murphy Road be suppressed. In the alternative, Custer requests a hearing to resolve any disputed issues of fact. Custer respectfully submits that the admission of tangible property is a preliminary question and, as such, requires a factual hearing outside of the jury's presence and sufficiently in advance of trail so as to allow the defendant to adequately prepare for trial if necessary. *See Jackson v. Denno*, 378 U.S. 368 (1984).

CHRISTOPHER T. CUSTER,

By his attorney,

_____
Mark D. Smith, BBO# 542676
Laredo & Smith, LLP
15 Broad Street, Suite 600
Boston, MA 02109
(617) 367-7984

Dated: March __, 2005

## CERTIFICATE OF SERVICE

I, Mark Smith, attorney for Defendant Christopher T. Custer hereby certify that on this date I served the within Motion to Suppress Evidence Obtained at 18 Murphy Road, Hyannis, Massachusetts by causing a copy to be delivered by regular mail, postage prepaid, to:

Thomas J. Ford, Esq.
141 Tremont Street
Suite 400
Boston, MA 02111

John LaChance, Esq.
600 Worcester Road
Suite 501
Framingham, MA 01701

Page Kelley, Esq.
Federal Defenders
408 Atlantic Avenue
Boston, MA 02210

David J. Apfel, Esq.
Goodwin Procter, LLP
Exchange Place
53 State Street
Boston, MA 02109

Michael C. Andrews, Esq.
Law Offices of Michael C. Andrews
21 Custom House Street
Suite 920
Boston, MA 02110

Susan Poswistilo, Esq.
United States Attorney's Office
1 Courthouse Way
Suite 9200
Boston, MA 02210

_____
Mark Smith
Laredo & Smith, LLP
15 Broad Street, Suite 600
Boston, MA 02109
(617) 367-7984

Dated: March __, 2005

3