# UNITED STATES DISTRICT COURT

_____ DISTRICT OF MASSACHUSETTS _____

In the Matter of the Search of
(Name, address or brief description of person or property to be searched)

**SEARCH WARRANT**

18 Murphy Road
Hyannis, MA 02601

CASE NUMBER: 04M-1041-JGD

TO: DEA Task Force Agent Sean E. Balcom
and any Authorized Officer of the United States

Affidavit(s) having been made before me by __Task Force Agent Sean E. Balcom__ who has reason to believe that ☐ on the person of or XX on the premises known as (name, description and/or location), 18 Murphy Road, Hyannis, Massachusetts, as more fully described in "18 Murphy Road - Attachment A" attached hereto and incorporated by reference,

in the District of __Massachusetts__ there is likely to be concealed a certain person or property, namely (describe the person or property)

Evidence and instrumentalities of violations of Title 21, United States Code, Sections 846 and 841(a)(1), as more fully described in "18 Murphy Road - Attachment B" attached hereto and incorporated by reference.

I am satisfied that, the affidavit(s) and any record testimony establish probable cause to believe that the person or property so described may be concealed on the person or premises above-described and establish grounds for the issuance of this warrant.

YOU ARE HEREBY COMMANDED to search on or before __3/26/04__
                                                    Date

(not to exceed 10 days), the person or place named above for the person or property specified, serving this warrant and making the search between the hours of 6:00 A.M. and 10:00 P.M. and if the person or property be found there to seize same, leaving a copy of this warrant and receipt for the person or property taken, and prepare a written inventory of the person or property seized and promptly return this warrant to United States Magistrate Judge Judith Gail Dein, as required by law.

__3/16/04 12:35 pm__                        at    __Boston, Massachusetts__
Date and Time Issued                                City and State

JUDITH GAIL DEIN
__United States Magistrate Judge__               __/s/ Judith Gail Dein__
Name and Title of Judicial Officer                Signature of Judicial Officer

AO 93 (Rev. 5/85) Search Warrant

## RETURN

| DATE WARRANT RECEIVED | DATE AND TIME WARRANT EXECUTED | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |
|---|---|---|
| 3-16-04 | 3-16-04  6:00 pm | Lucille Bettencourt |

INVENTORY MADE IN THE PRESENCE OF

TFG Peter Flannery

INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT

See attachment - Seized Property Inventory

### CERTIFICATION

I swear that this inventory is a true and detailed account of the person or property taken by me on the warrant.

_Sean Baker_

Subscribed, sworn to, and returned before me this date.

_Judith Gardner_  3/24/04
U.S. Judge or Magistrate    Date

Seized Property Inventory
18 Murphy Rd, Hyannis, MA

1. Gray Brinks safe-

2. Winchester Arms 22 short caliber bolt action rifle model 67- no visible serial number

3. red handled samurai style sword marked Pakistan w/ sheath

4. Snake head handled samurai style sword w/ sheath

5. Brass handled antique sword w/ sheath

6. Steel handled rusted antique sword and sheath

7. Black and gold handled samurai styles sword with brown sheath

8. 3 piece matching sword set w/ dragon handles

9. Un-opened Master Blaster fireworks package

10. Weathervane black and blue camera style bag (contained narcotics)

11. glassine baggie containing 49 tied corner cuts of cocaine

12. Glassine baggie w/ marijuana

13. Dakota model RZ2000 35 MM camera ser.# 90927425 w/ lens

14. empty film canister, 1 canister with exposure 24 exposure

15. Sunpack auto 144 flash attachment

16. MA RMV vehicle title for 1987 Ford F250- listed owner Darrin White

17. MA RMV vehicle title for 1995 Mitsubishi Eclipse- listed owner June Custer

18. Cape Town Ins Agency receipt Oct 3, 2002-$307.00

19. MA RMV registration- 1995 Mitsubishi Eclipse- exp. 9/04 registered to June Bettencourt

20. Jewelry receipts-college receipts- clothing receipts- MA license for Edward Grasul 7/23/67, Foxwood Wampum Club card for Edward Grazul, Action Bank Master Card for Gene A Williams

21. Pocket-Tech digital scale model 150

22. 3 Chinese throwing stars with nylon case.

23. purple key ring with keys to seized motor vehicles

24. Box with (1) gold chain bracelet, (4) womens diamond rings, Mans diamond and lions head bracelet, set of mens diamond cuff links, watch link

25. Gold chain with large cross with diamonds

26. black box with gold wedding band, watch link, gold Noblia J class mans watch, gold watch w/ leather strap.

27. 5 coin collectors set, key

28. Liquor ID Christopher T Custer 2-28-1977

29. (2) bottle rockets, M1000 Red Devil firecrackers, plastic bag w/ misc. fireworks.

30. 1995 Mitsubishi Eclipse-MA Reg. 2203YJ

31. 1995 Mitsubishi Eclipse-MA Reg. 58RH09

32. 1994 Dodge Ram Truck-MA Reg. 45ET08

## 18 MURPHY ROAD - ATTACHMENT A

The residence at 18 Murphy Road is described as a one story single family "ranch" style residence having natural "weathered" shingle siding and white painted trim. The residence has a brick chimney attached to the center of the front facing side of the residence. There is a paved driveway that runs from Murphy Road along the right side of the residence.

## 18 MURPHY ROAD - ATTACHMENT B

1. Illegal controlled substances, including, but not limited to, cocaine.

2. Paraphernalia for the packaging, processing and distribution of controlled substances such as cocaine, to include packaging materials, plastic bags and seals, scales, "cutting" agents used to dilute/extend cocaine prior to sale, and electronic pagers and cellular telephones used to communicate with drug associates (such as the cellular telephone used by CHRISTOPHER T. CUSTER to communicate with MANUEL LAMONT MENDES).

3. Books, records, notes, ledgers, and any other papers or records relating to the purchase or distribution of cocaine and/or records or electronic devices reflecting the identity of co-conspirators and drug customers, as well as their addresses, telephone, and pager numbers. Such documents include, but are not limited to, telephone address books, planners, notes, ledgers, bank records, money orders, wire transfers, cashier's checks, passbooks, certificates of deposit, bills, vehicle rental receipts, credit card receipts, and/or telephone bills.

4. Cash and currency, and other items of value made or derived from trafficking in illegal substances or documents related thereto. Such items include, but are not limited to motor vehicles, jewelry, titles, deeds, monetary notes, registrations, purchase or sale invoices, bank records, or any other papers concerning financial transactions relating to obtaining, transferring, laundering, concealing, or expending money or other items of value made or derived from trafficking in illegal substances.

5. Documents reflecting dominion and/or control of 18 Murphy Road, Hyannis, MA, including, but not limited to, canceled mail, photographs, personal telephone books, diaries, bills and statements, videotapes, keys, identification cards and documents, airline tickets and related travel documents, bank books, checks, and check registers.

6. Documents or tangible evidence reflecting dominion, ownership, and/or control by CHRISTOPHER T. CUSTER over any bank accounts, safe deposit boxes, stocks, bonds, mutual funds, and any other financial and/or monetary assets, instruments or interests, and over any tangible

      assets such as motor vehicles, real property, and commercial storage facilities.

7. Photographs of individuals, property, and/or illegal controlled substances.