| REPORT OF INVESTIGATION | | Page 1 of 5 | | |
|---|---|---|---|---|
| 1. Program Code | 2. Cross File | Related Files | 3. File No. ▇▇▇▇▇ | 4. G-DEP Identifier ▇▇▇▇▇ |
| 5. By: S/A Thomas W. Millar<br>At: Barnstable, MA | ☐ ☐ ☐ ☐ ☐ | | 6. File Title<br><br>MENDES, Manuel | |
| 7. ☐ Closed ☐ Requested Action Completed<br>☐ Action Requested By: | | | 8. Date Prepared<br>01/28/04 | |
| 9. Other Officers: TFA's Sean Balcom and Brian Guiney and Det. Michael Clark, NYFD S/A's Brian Flemming, Brian Iula and Robert Garcia. | | | | |
| 10. Report Re: Surveillance of Christopher CUSTER on 1-22-04 and Acquisition of Ex. N-1 | | | | |

## SYNOPSIS

Based upon prior surveillances, the CCTF rented a 2004 Olds Alero, MA registration 38RG01 from Avis rental agency in Hyannis, MA on 1-12-04. The DEA Technical Operations Unit installed a GPS device in the vehicle, which was subsequently returned to Avis. On 1-22-04, June BETTENCOURT, Chris CUSTER's mother, rented the same vehicle from Avis. Subsequently, the vehicle was occupied by Chris CUSTER and an unknown female and, based upon information from the GPS system, driven to New York City, where CUSTER met with an, as yet, unidentified source of supply and purchased a quantity of cocaine. Based upon information from the GPS device, CUSTER and the female likely brought the cocaine back to Desiree ALVES' residence in Yarmouth, MA.

## DETAILS

1. At approximately 8:25AM on 1-22-04, Det Michael Clark observed two vehicles parked in the driveway of 18 Murphy Rd, Hyannis, MA. MA registrations 1841-JV and 2203-YJ, a gold Isuzu Trooper and a black Mitsubishi, respectively.

2. At approximately 9:45AM, Det. Clark observed a silver Honda sedan, bearing NH registration 1292095, arrive at the residence.

| 11. Distribution:<br>Division<br><br>District<br><br>Other | 12. Signature (Agent)<br>S/A Thomas W. Millar | 13. Date<br>2/16/04 |
|---|---|---|
| | 14. Approved (Name and Title)<br>Edward J. Harrington<br>G/S, CCTF | 15. Date<br>2-16-04 |

DEA Form    - 6
(Jul. 1996)
    twm
1 - Prosecutor

**DEA SENSITIVE**
Drug Enforcement Administration

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

Previous edition dated 8/94 may be used.

| REPORT OF INVESTIGATION | 1. File No. ███████ | 2. G-DEP Identifier ███████ |
|---|---|---|
| *(Continuation)* | 3. File Title | |
| 4. | MENDES, Manuel | |
| Page 2 of 5 | | |
| 5. Program Code | 6. Date Prepared 01/28/04 | |

3. At approximately 10:00AM, Det Clark and TFA Balcom observed the above
noted Honda depart 18 Murphy Rd with two unknown occupants. Det Clark
did observe that a male was driving the vehicle and a female was a
passenger. TFA Balcom and Det. Clark followed the vehicle from Murphy
Rd to the Fleet Bank at the intersection of Barnstable Rd and Winter
St, Hyannis, MA. Shortly thereafter, the vehicle was followed to the
entrance of the Barnstable Municipal Airport.

4. Shortly thereafter, TFA Balcom observed June BETTENCOURT proceed on
foot from Wendy's Restaurant directly to the front door of the airport.
Ms. BETTENCOURT was carrying a paper bag from Wendy's as she entered
the airport. SA Millar observed BETTENCOURT as she walked into the
airport terminal.

5. At approximately 10:30AM, Det. Clark observed the above noted Avis
rental car, a 2004 Olds Alero, MA registration 38RG01 arrive at the
residence, 18 Murphy Rd, Hyannis. At approximately 10:40AM, Det. Clark
observed a white sedan, operated by an unknown female (believed to be
CUSTER'S girlfriend Jennifer Pavao) arrive at 18 Murphy Rd.

6. At approximately 11:05AM, Det. Clark and TFA Balcom observed the Olds
Alero and the white sedan depart 18 Murphy Rd. TFA Balcom observed
Chris CUSTER driving the Olds Alero and an unknown female driving the
white sedan. Shortly thereafter, TFA Balcom observed the vehicles at
153 Bacon Rd, Hyannis, MA., which is the residence of Pavao.

7. The vehicles were subsequently lost from view for approximately one
hour. However, a GPS device installed in the Alero indicated that the
Olds Alero Avis rental vehicle was traveling south on Rte 95, in Rhode
Island.

8. Based upon information from the pen registers and other intelligence
sources, the CCTF requested the NYFD to establish surveillance of 504
west 139th St, New York, NY, the residence of Carmen ROSARIO. The CCTF
also requested the NYFD to establish surveillance of a red Dodge Mini
Van, NY registration GE562E (registered to Carmen ROSARIO). It is
suspected that the above address is occupied by the MENDES

DEA Form - 6a
(Jul. 1996)

**DEA SENSITIVE**
Drug Enforcement Administration

1 - Prosecutor

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

Previous edition dated 8/94 may be used.

022

U.S. Department of Justice
Drug Enforcement Administration

| REPORT OF INVESTIGATION | 1. File No. | 2. G-DEP Identifier |
|---|---|---|
| *(Continuation)* | 3. File Title | |
| | MENDES, Manuel | |
| 4.
Page  3  of  5 | | |
| 5. Program Code | 6. Date Prepared
01/28/04 | |

Organization's cocaine source of supply. It is also suspected that the SOS might drive the above noted mini van.

9.  At approximately 2:40PM S/A's Brian Flemming and Brian Iula observed a light skin Hispanic male enter the above noted van. The H/M was in his mid to late 20's, average build, approximately 5'-11", wearing a black jacket, and a NY Yankees baseball cap.  S/A Flemming observed the H/M reach into the van from the driver's side, prior to actually entering the van. The H/M then drove out of the area. NYFD Agents attempted to follow the van, however, after it made some counter surveillance maneuvers, the surveillance was terminated. According to the GPS and time estimates by TFA Balcom and SA Millar, CUSTER would have been in the area of New York City at approximately 3:00 PM.

10.  At approximately 4:55PM, S/A's Brian Flemming and Brian Iula observed that the above noted H/M arrived back at the residence, 504 w. 139th St accompanied by a child. S/A's Brian Flemming and Brian Iula observed that the H/M was carrying a plastic bag as he and the child entered the apartment complex, 504 W. 139th St, New York, NY.

11.  After the above rental vehicle was returned to Avis, CCTF agents made arrangements to have the GPS system removed from the vehicle. The GPS was downloaded onto a computer disk (Ex N-1) for viewing. The GPS system/information allowed CCTF agents to view all of the movements of the vehicle since it was rented by BETTENCOURT on 1/22/03. According to GPS information, the vehicle had an ultimate destination of the 1200-1289 section of Boston Rd, Bronx, New York. The GPS track also indicated that the vehicle returned to Camp St by Lincoln Rd in Yarmouth, MA which is the exact area of ALVES' residence at 299 Camp St. NOTE- See paragraph 13 below; William TEJADA'S residential address is 1234 Boston Rd, Apt 2D, Bronx, NY.

12.  Records from NEXTEL Communications reveal that Chris CUSTER's Nextel telephone, 508-400-2957, Direct Connected (Push to Talk Communication) Nextel telephone number 310-919-4671 on three separate occasions on 1-22-04; at approximately 1:47PM, 3:07PM, and 3:14PM. Pen register information reveals that the above noted Nextel cellular telephone number, 310-919-4671 called Carmen FIGUEROA's T-Mobile cellular

DEA Form      - 6a
(Jul. 1996)

**DEA SENSITIVE**
Drug Enforcement Administration

**1 - Prosecutor**

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

Previous edition dated 8/94 may be used.

U.S. Department of Justice
Drug Enforcement Administration

| **REPORT OF INVESTIGATION** *(Continuation)* | 1. File No. [redacted] | 2. G-DEP Identifier [redacted] |
|---|---|---|
| | 3. File Title | |
| 4. Page **4** of **5** | MENDES, Manuel | |
| 5. Program Code | 6. Date Prepared 01/28/04 | |

telephone number, 508-292-7708 on three (3) occasions on 1-21-04, shortly after 917-317-0404 was paged from FIGUEROA's Nextel telephone, 774-353-7360, with a call back number of 508-292-7708. At approximately 7:30PM, on 1-21-04, 917-317-0404 was paged from 774-353-7360. At approximately 7:37PM, 7:38PM and 7:39PM, FIGUEROA's T-Mobile cellular telephone, 508-292-7708 received incoming calls from 310-919-4671 that lasted 25 seconds, 9 seconds and 80 seconds, respectively. According to Nextel Communications records, the subscriber for the 310-919-4671 number is:

> Jorl RODRIGUEZ
> 16850 Chicago Ave
> Bellflower, CA  90706-5028

13. On 2-10-04, at approximately 3:30PM, S/A Millar was contacted by S/A Robert Garcia, NYFD, who said that a light skinned Dominican male had earlier been observed entering NY registration GE562E, a red Dodge mini van registered to Carmen ROSARIO at 504 west 139th St, New York, NY. Based upon a request by the CCTF, TFA Garcia arranged to have a NYPD uniform officer conduct a vehicle stop of the above noted mini van on 2-10-04, shortly after the above male entered the vehicle and departed the area. The NYPD officer received the following identification from the Dominican male on his NY Driver's License:

> William TEJADA
> DOB- 8-14-76
> 1234 Boston Rd, Apt #2D
> Bronx, NY
> D/L #792479262

The NYPD officer told S/A Garcia that the photograph on the Driver's License matched the person that he had pulled over in the red Mini-Van.

## CUSTODY OF NON DRUG EVIDENCE

Exhibit N-1 is described as a computer disk containing the GPS information relative to the movements of the AVIS rental vehicle referenced above. The GPS system was removed from the AVIS rental vehicle on 1/26/04 by

---

**DEA SENSITIVE**
Drug Enforcement Administration

**1 - Prosecutor**

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

024

Previous edition dated 8/94 may be used.

U.S. Department of Justice
Drug Enforcement Administration

## REPORT OF INVESTIGATION
*(Continuation)*

| | |
|---|---|
| 1. File No. ▓▓▓▓▓▓▓ | 2. G-DEP Identifier ▓▓▓▓▓ |
| 3. File Title | |
| MENDES, Manuel | |

4.
Page 5 of 5

5. Program Code

6. Date Prepared
01/28/04

Technician Steve Reynolds and downloaded onto the computer disk by same.
Ex N-1 was transferred to TFA Caraher by for transport to the CCTF. TFA
Caraher transferred custody to TFA Balcom for viewing, duplication and
processing as evidence. Ex N-1 was then turned over to the non drug
evidence custodian for safekeeping.


### INDEXING

CUSTER, Christopher



ALVES, Desiree

TEJEDA, William
DOB 8-14-1976
1234 Boston Rd, Apt 2D
Bronx, NY

PAVAO, Jennifer
DOB 10-24-1978
9 Harwood Dr
Pocasset, MA

Alternate address:
153 Bacon Rd
Hyannis, MA

---

DEA Form - 6a
(Jul. 1996)

**DEA SENSITIVE**
Drug Enforcement Administration

1 - Prosecutor

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

025

Previous edition dated 8/94 may be used.