Department of Justice
Drug Enforcement Administration

## ACQUISITION OF NON-DRUG PROPERTY AND REGULATORY SEIZURES

| 1. BASIS | 2. TYPE OF PROPERTY | 3. FILE NO. | 4. G-DEP IDENTIFIER |
|---|---|---|---|
| [x] EVIDENCE<br>[ ] FORFEITURE<br>[ ] TEMPORARY CUSTODY<br>    [ ] Safekeeping<br>    [ ] Transfer to Another Agency | [ ] MONEY<br>    [ ] Recovered<br>    [ ] Seized<br>[ ] REGULATORY<br>[ ] FILM/FINGERPRINTS<br>[x] OTHER<br>6. CUSTOMS ORIGINATED CASE<br>[ ] Case No. ___ OR [ ] Seizure No. ___ | ███████<br>5. FILE TITLE<br>███████<br>7. DATE PREPARED<br>04-06-2004 | ███████<br><br><br><br>8. PROGRAM CODE |

| 9. EXHIBIT | 10. NAME AND DESCRIPTION OF ARTICLES | 11. COND. CODE | 12. VALUE |
|---|---|---|---|
| N-1 | 1 computer disk | | n/a |

**13. REMARKS**

N-1 is described as a computer disk containing the downloaded GPS tracks from the GPS system installed in the Avis rental car used by CUSTER to travel to NY on 1/22/04. N-1 was created by ITS Reynolds on 1/26/04 and turned over to TFA Caraher who transported same to the CCTF. TFA Caraher transferred custody to TFA Balcom for viewing, processing and duplication. Following duplication, N-1 was turned over to the CCTF non drug evidence custodian for safekeeping.

| 14. SUBMITTED BY SPECIAL AGENT/INVESTIGATOR (Signature) | 15. APPROVED BY (Signature & Title) |
|---|---|
| Sean Balcom | Ed Harrington, GS |

### RECEIPT REPORT

| 16. NO. PACKAGES | 17. RECEIVED FROM (Signature & Date) | 18. Print or Type NAME and TITLE |
|---|---|---|
| -1- | [signature] 4/15/04 | Balcom |
| 19. SEAL<br>[ ] Broken [x] Unbroken | 20. RECEIVED BY (Signature & Date)<br>[signature] 4/15/04 | 21. Print or Type NAME and TITLE<br>S/A P. Lewis |

### DISPOSITION (FOR EVIDENCE CUSTODIAN USE ONLY)

| 22. Date DEA-48 | 23. Exhibit | 24. Authorizing Name | 25. Means of Disposition | 26. Name |
|---|---|---|---|---|
| | | | | |

27. REMARKS

| 28. ANALYST (Signature) | 29. DATE | 30. APPROVED BY (Signature) | 31. DATE |
|---|---|---|---|
| | | | |

FORM DEA-7a (6-01) Previous editions are obsolete      Copy 1 - Prosecution