**U.S. Department of Justice**
Drug Enforcement Administration

## REPORT OF INVESTIGATION

Page 1 of 5

| 1. Program Code | 2. Cross File   Related Files | 3. File No. | 4. G-DEP Identifier |
|---|---|---|---|
| 5. By: Sean Balcom   At: CCTF | ☐ ☐ ☐ ☐ | 6. File Title   MENDES, Manuel | |
| 7. ☐ Closed  ☐ Requested Action Completed   ☐ Action Requested By: | | 8. Date Prepared   02/18/04 | |
| 9. Other Officers: SA Millar, TFA Guiney, Det. Peterson and Doble, NYFD agents | | | |
| 10. Report Re: Surveillance of Chris CUSTER to NY City on 2/17/04 and Acquisition of exhibits N-2 and N-3 | | | |

**DETAILS**

1. Pursuant to calls 326-329, from a court authorized Title III on 508-292-7708 (FIGUEROA'S cell phone), information was gathered indicating that FIGUEROA had contacted the NY SOS (via pager and return call) to make arrangements (at MENDES direction) for CUSTER to travel to NY to resupply with cocaine on 2-17-04. Consequently, surveillance was initiated at 18 Murphy Rd on 2-17-04 at approximately 8:30 AM. The following observations were made:

2. At approximately 9:05 AM, TFA Balcom observed Jennifer PAVAO exit Bacon Rd driving a red Isuzu Rodeo. TFA Balcom and Peterson followed PAVAO to the Dunkin Donuts on Rt 28 at Bearses Way. PAVAO entered the store and exited approximately five minutes later carrying a paper and coffee. PAVAO then drove directly to 18 Murphy Rd where she entered the house with the coffee and paper. Approximately one minute later she exited the house empty handed and returned to her residence at the end of Bacon Rd.

3. At approximately 9:59 AM, Det. Doble observed CUSTER leave 110 Lafrance Ave, enter the Isuzu and drive from the area. Surveillance followed CUSTER back to his residence (10:04 AM). Pursuant to call #1294 (400-2957) information received indicated that CUSTER would be meeting Abena SUMPTER in ten minutes at the bus station. Surveillance was established in the area of SUMPTER'S residence at 251 Main St in

| 11. Distribution:   Division   District   Other   SARI | 12. Signature (Agent)   Sean Balcom | 13. Date   4/6/04 |
|---|---|---|
| | 14. Approved (Name and Title)   Ed Harrington   GS | 15. Date   4/6/04 |

DEA Form - 6
(Jul. 1996)
SB
1 - Prosecutor

**DEA SENSITIVE**
Drug Enforcement Administration

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

Previous edition dated 8/94 may be used.

065

**U.S. Department of Justice**
Drug Enforcement Administration

| **REPORT OF INVESTIGATION** (Continuation) | 1. File No. | 2. G-DEP Identifier |
|---|---|---|
| | 3. File Title MENDES, Manuel | |
| 4. Page 2 of 5 | | |
| 5. Program Code | 6. Date Prepared 02/18/04 | |

Hyannis as well as at the bus station in anticipation of the meet. At approximately 10:15 AM, SA Millar observed and photographed SUMPTER walking towards the bus station.

4. At approximately 10:25 AM, TFA Balcom observed CUSTER exit 18 Murphy Rd in the Cadillac. CUSTER was accompanied by a passenger. A moving surveillance followed CUSTER for a short distance towards the airport rotary. At approximately 10:27 AM, surveillance was suspended due to the small side streets CUSTER was traveling on. At approximately 10:30 AM, TFA Balcom observed CUSTER, alone in the Cadillac, exiting the Hyannis Airport. A short time later, TFA Balcom confirmed with Avis Rent a Car at the Hyannis Airport that June BETTENCOURT had just rented a vehicle (Oldsmobile Alero). **NOTE**- A GPS system had been installed in this vehicle by the CCTF prior to BETTENCOURT renting same.

5. At approximately 10:35 AM, SA Millar observed BETTENCOURT drive from the Avis parking area in the Alero (MA registration 35RM01) directly back to 18 Murphy Rd.

6. A moving surveillance followed CUSTER from the rotary directly to the bus station where TFA Balcom observed SUMPTER walk from the terminal and enter the Cadillac. CUSTER then drove SUMPTER to Pleasant St and dropped her off. At approximately 10:55 AM, CUSTER then returned to 18 Murphy Rd. At approximately 11:00 AM, direct surveillance was terminated. TFA Guiney and Det. Doble were directed to travel to Boston Rd, Bronx, NY and establish surveillance of the red van utilized by the suspected SOS, William TEJADA.

7. At approximately 11:15 AM, GPS information indicated that the AVIS rental vehicle (Olds Alero) had left 18 Murphy Rd and was approaching Camp St in Yarmouth (ALVES residence). At approximately 11:20 Am, Det. Peterson drove by ALVES residence (299 Camp St) and observed the Alero parked in the driveway. At approximately 11:30 AM, SA Millar and TFA Balcom observed the Alero traveling on Rt 6 by Rt 132 headed off Cape. TFA Balcom observed the occupants of the vehicle to be CUSTER and PAVAO. PAVAO was the operator.

---

DEA Form - 6a
(Jul. 1996)

**DEA SENSITIVE**
Drug Enforcement Administration

**1 - Prosecutor**

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

Previous edition dated 8/94 may be used.

066

**U.S. Department of Justice**
Drug Enforcement Administration

| REPORT OF INVESTIGATION<br>*(Continuation)* | 1. File No. | 2. G-DEP Identifier |
|---|---|---|
| | 3. File Title<br>MENDES, Manuel | |
| 4.<br>Page 3 of 5 | | |
| 5. Program Code | 6. Date Prepared<br>02/18/04 | |

8. SA Millar and TFA Balcom followed behind CUSTER (alternating between visual surveillance and GPS tracking) to New York City via Rt 6 to Rt 25 to Rt 195 to Rt 95S. At approximately 1:45 PM, SA Millar received information from SA Brigantty of the NYFD indicating that the SOS (TEJADA) was observed at 1234 Boston Rd, Bronx, NY. SA Brigantty stated that TEJADA was wearing a blue jacket with gray and blue sleeves, blue jeans and a NY Yankees hat.

9. On 2/10/04, members of the NYPD and NYFD conducted a motor vehicle stop of William TEJADA operating the below referenced mini van. The stop was based on motor vehicle violations. The operator of the van was identified as William TEJADA of 1234 Boston Rd (via drivers license). SA Garcia, who was present at the stop, positively identifies TEJADA as the individual observed (and photographed) meeting with CUSTER at 1234 Boston Rd.

10. At approximately 3:00 PM, TFA Guiney and Det. Doble met with NYFD agents in the vicinity of 1234 Boston Rd and established surveillance. At approximately 3:20 PM, SA Brigantty and TFA Guiney observed the Alero operated by CUSTER (PAVAO as passenger) pull up to TEJADA'S residence and park behind the red van utilized by TEJADA and registered to Carmen ROSARIO (NY registration GE562E). Shortly before CUSTER'S arrival, SA Brigantty observed TEJADA and an unknown black male exit 1234 Boston Rd and walk to the van. CUSTER was observed to exit the Alero, walk to and enter the van with TEJADA and the unidentified male. Approximately 3 minutes later, CUSTER exited the van and returned to the Alero carrying a black bag. CUSTER then drove from the area back towards Rt 95. TFA Guiney and Det. Doble did the same.

11. SA Brigantty observed TEJADA and the unidentified male exit the van and walk back to and enter the outside door of 1234 Boston Rd. **NOTE-** See photographs (**Exhibit N-2**) of CUSTER, TEJADA and the unknown male taken by SA Brigantty during the above referenced meeting/transaction.

12. TFA Guiney and Det. Doble followed CUSTER into CT via GPS tracking. Visual surveillance was established in the mid CT area. A moving surveillance followed CUSTER directly back to the Cape with the

| DEA Form - 6a<br>(Jul. 1996) | DEA SENSITIVE<br>Drug Enforcement Administration | |
|---|---|---|
| | | 1 - Prosecutor |

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

Previous edition dated 8/94 may be used.

067

U.S. Department of Justice
Drug Enforcement Administration

| REPORT OF INVESTIGATION | 1. File No. | 2. G-DEP Identifier |
|---|---|---|
| *(Continuation)* | 3. File Title MENDES, Manuel | |
| 4. Page 4 of 5 | | |
| 5. Program Code | 6. Date Prepared 02/18/04 | |

exception of a stop in CT at McDonalds and RI for gas and Dunkin Donuts.

13. At approximately 7:00 PM, TFA Balcom directed TFA Hanafin and Caraher to establish surveillance at ALVES' residence at 299 Camp St in Yarmouth, MA. CUSTER was followed directly to ALVES residence by TFA Guiney and Doble. At approximately 7:45 PM, the Alero pulled into ALVES driveway. TFA Hanafin observed CUSTER exit the vehicle, carrying a dark colored bag, and walk into the residence via the front door. PAVAO stayed in the vehicle. At approximately 7:45 PM, CUSTER exited the residence and drove from the area. CUSTER then drove directly to 18 Murphy Rd. At approximately 8:25 PM, surveillance observed the Alero exit 18 Murphy Rd (PAVAO operating and CUSTER as the sole passenger) and drive to 110 Lafrance Ave.

14. The information gathered by the GPS system was downloaded onto a disk **(Exhibit N-3)** by Investigative Technology Specialist Steve Reynolds on 2/23/04.

**DESCRIPTION AND CUSTODY OF NON DRUG EVIDENCE:**

**Exhibit N-2**, is described as 21 photographs and associated negatives, taken by SA Brigantty on Boston Rd, Bronx, NY on 2/1/704. SA Brigantty mailed said photographs to the CCTF where they were received and turned over to TFA Balcom for processing on or about 2/24/04. Said exhibit was processed as evidence and turned over to the CCTF non drug evidence custodian for safekeeping. **Exhibit N-3** is described as a CD containing the GPS tracks generated from the Guardian 801 system installed in the Oldsmobile Alero/Avis rental utilized by CUSTER to travel to NY on 2/17/04. Ex. N-3 was created by ITS Reynolds on 2/23/04 and turned over to SA Millar who transported same to the CCTF to be processed as evidence. SA Millar maintained custody of said exhibit. On 4/6/04, SA Millar transported said exhibit to DEA-Boston and had duplicate copies of the disk made. SA Millar then transferred custody of the original disk to the CCTF non drug custodian for safekeeping.

DEA Form - 6a
(Jul. 1996)

**DEA SENSITIVE**
Drug Enforcement Administration

1 - Prosecutor

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

Previous edition dated 8/94 may be used.

068

**U.S. Department of Justice**
Drug Enforcement Administration

| | | |
|---|---|---|
| REPORT OF INVESTIGATION *(Continuation)* | 1. File No. ▓▓▓▓ | 2. G-DEP Identifier ▓▓▓▓ |
| | 3. File Title MENDES, Manuel | |
| 4. Page 5 of 5 | | |
| 5. Program Code | 6. Date Prepared 02/18/04 | |

**INDEXING**

TEJADA, William, 
1234 Boston Rd, Bronx, NY
H/M

CUSTER, Christopher, ▓▓▓▓

PAVAO, Jennifer, ▓▓▓▓

DEA Form - 6a
(Jul. 1996)

**DEA SENSITIVE**
Drug Enforcement Administration

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

Previous edition dated 8/94 may be used.

**1 - Prosecutor**

069