**U.S. Department of Justice**
**Drug Enforcement Administration**

Read Instructions on Reverse before completing

## ACQUISITION OF NON-DRUG PROPERTY AND REGULATORY SEIZURES

| 1. BASIS | 2. TYPE OF PROPERTY | 3. FILE NO. | 4. G-DEP IDENTIFIER |
|---|---|---|---|
| [X] EVIDENCE<br>[ ] FORFEITURE<br>[ ] TEMPORARY CUSTODY<br>  [X] Safekeeping<br>  [ ] Transfer to Another Agency | [ ] MONEY   [ ] REGULATORY<br>  [ ] Recovered  [ ] FILM/FINGERPRINTS<br>  [ ] Seized    [X] OTHER<br>6. CUSTOMS ORIGINATED CASE<br>[ ] Case No.   OR   [ ] Seizure No.<br>No. N/A | ███████████<br>5. FILE TITLE<br>███████████<br>7. DATE PREPARED<br>04-30-2004 | ███████████<br><br><br><br>8. PROGRAM CODE |

| 9. EXHIBIT | 10. NAME AND DESCRIPTION OF ARTICLES | 11. COND. CODE | 12. VALUE |
|---|---|---|---|
| N-3 | One Compact Disk | | |

**13. REMARKS**

Exhibit N-3 is described as a CD containing the GPS tracks generated from the Guardian 801 system installed in the Oldsmobile Alero/Avis rental utilized by CUSTER to travel to NY on 2/17/04. Ex. N-3 was created by ITS Reynolds on 2/23/04 and turned over to SA Millar who transported same to the CCTF to be processed as evidence. SA Millar maintained custody of said exhibit. On 4/6/04, SA Millar transported said exhibit to DEA-Boston and had duplicate copies of the disk made. SA Millar then transferred custody of the original disk to the CCTF non drug custodian for safekeeping.

| 14. SUBMITTED BY SPECIAL AGENT/INVESTIGATOR (Signature) | 15. APPROVED BY (Signature & Title) |
|---|---|
| Thomas W. Millar, S/A | Edward J. Harrington, G/S |

### RECEIPT REPORT

| 16. NO. PACKAGES | 17. RECEIVED FROM (Signature & Date) | 18. Print or Type NAME and TITLE |
|---|---|---|
| one | Thomas W. Millar   5-3-04 | Thomas W. Millar, S/A |
| 19. SEAL<br>[ ] Broken   [X] Unbroken | 20. RECEIVED BY (Signature & Date)<br>David Lewis   5-3-04 | 21. Print or Type NAME and TITLE<br>David M. Lewis, S/A |

### DISPOSITION (FOR EVIDENCE CUSTODIAN USE ONLY)

| 22. Date DEA-48 | 23. Exhibit | 24. Authorizing Name | 25. Means of Disposition | 26. Name |
|---|---|---|---|---|
| | | | | |

**27. REMARKS**

| 28. ANALYST (Signature) | 29. DATE | 30. APPROVED BY (Signature) | 31. DATE |
|---|---|---|---|
| | | | |

FORM DEA-7a (6-01) Previous editions are obsolete     Copy 1 - Prosecution