**U.S. Department of Justice**
Drug Enforcement Administration

# REPORT OF INVESTIGATION

Page 1 of 4

| 1. Program Code | 2. Cross File | Related Files | 3. File No. | 4. G-DEP Identifier |
|---|---|---|---|---|
| 5. By: Charles Peterson  At: CCTF | | | 6. File Title MENDES, Manuel | |
| 7. ☐ Closed ☐ Requested Action Completed  ☐ Action Requested By: | | | 8. Date Prepared  03/25/04 | |

9. Other Officers: TFA's Hanafin, Caraher, Fredericks, Downs, Flannery, Tpr's McCabe, Squire Det's Doble, Bryant, Clark

10. Report Re: Surveillance of Chris CUSTER on 3/16/2004 call #'s 3582, 3583, 3584 & 3625

**DETAILS**

1. On 3/15/04, at approximately 2:56PM, pursuant to a court ordered Title III on Nextel # 508-400-2957, Call# 3582 was intercepted. Call# 3582 was an outgoing direct connect call from 508-400-2957 to 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. The listed subscriber for 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 is Joel Rodriguez. During the course of the ongoing investigation 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 has been identified as the direct connect number utilized by CUSTER and MENDES' New York source of supply for cocaine. No conversation was intercepted during this call.

2. On the same date, at approximately 3:08PM, call# 3583 was intercepted on 508-400-2957. Call# 3583 was an incoming call from 774-353-7360. The listed subscriber for 774-353-7360 is Carmen FIGUEROA. This call was determined to be a three way call involving Manny MENDES who was incarcerated at Plymouth County House of Correction (PCHOC), Carmen FIGUEROA and Chris CUSTER. During the call MENDES tells CUSTER that he is about to call "this kid". MENDES also tells CUSTER that he will call him "tonight, then let you know what's up". CUSTER responds "alright" and MENDES says 'probably tomorrow man".

3. At approximately 3:13PM, call# 3584 was intercepted. Call# 3584 was an outgoing direct connect call from 508-400-2957 to 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 (see paragraph 1 for subscriber information). No audio was intercepted.

| 11. Distribution:  Division  District  Other | 12. Signature (Agent)  Charles Peterson | 13. Date  03/25/04 |
|---|---|---|
| | 14. Approved (Name and Title)  Ed Harrington  GS | 15. Date  3-25-04 |

DEA Form - 6
(Jul. 1996)
   CEP
1 - Prosecutor

**DEA SENSITIVE**
Drug Enforcement Administration

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

Previous edition dated 8/94 may be used.

121

U.S. Department of Justice
Drug Enforcement Administration

**REPORT OF INVESTIGATION**
*(Continuation)*

| | |
|---|---|
| 1. File No. ███ | 2. G-DEP Identifier ███ |
| 3. File Title MENDES, Manuel | |

4. Page 2 of 4
5. Program Code
6. Date Prepared 03/25/04

4. On the same date, at approximately 7:36PM, call# 3625 was intercepted. Call# 3625 was an incoming call to 508-400-2957 from 508-830-3833. The listed subscriber for 830-3833 is the PCHOC. The duration of the call was 16 minutes and 31 seconds. During the call CUSTER tells MENDES that he is taking MENDES' brother to the registry tomorrow. MENDES replies that "I got that other thing for you to do in the morning". CUSTER asks MENDES how he is going to get there and MENDES tells CUSTER "same fucking way you've been getting there". CUSTER tells MENDES "you might want to switch up" and MENDES replies "no that ain't got nothing to do with us but the weight. When you go there nigger you just have to have, you know what I'm saying?". CUSTER respond "yeah". Later in the conversation MENDES says that "this fuckin lady got me on hold man, with things, man". CUSTER responds "yeah, he ain't answering, huh?". MENDES say's "huh" and CUSTER asks "you talk to him?" MENDES then explains to CUSTER that he is talking about the "lady to move".

5. On 3/16/2004, based on information obtained during call #'s 3582, 3583, 3584 and 3625, surveillance was established on 18 Murphy Rd., Hyannis, MA. At approximately 9:48AM surveillance officers verified that CUSTER was at the residence. At approximately 9:59AM CUSTER was observed driving from the residence in the blue Mitsubishi, MA registration 58RH09. CUSTER was followed directly to Auto Zone and then back to Murphy Rd., arriving at approximately 10:16AM.

6. At approximately 10:20AM CUSTER was observed leaving Murphy Rd. in the blue Mitsubishi. At approximately 10:32AM surveillance officers saw the white Cadillac, MA registration 63EA08, operated by Jennifer PAVAO with June BETTENCOURT as the sole passenger, leave 18 Murphy Rd.. PAVAO was followed directly to the Barnstable Municipal Airport, arriving at approximately 10:36AM. At this time Det. Doble photographed the Cadillac arriving at the airport. Det. Doble photographed BETTENCOURT exiting the Cadillac and entering the terminal building. Det. Doble also photographed BETTENCOURT exiting the terminal and entering Avis rental MA registration 19RL01, a white Oldsmobile Alero.

7. At approximately 10:37Am the Cadillac, operated by PAVAO, exited the airport. PAVAO was followed directly to 18 Murphy Rd., arriving at approximately 10:40AM. At approximately 10:44 surveillance officers saw

DEA Form - 6a
(Jul. 1996)

**DEA SENSITIVE**
Drug Enforcement Administration

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

Previous edition dated 8/94 may be used.

1 - Prosecutor

122

U.S. Department of Justice
Drug Enforcement Administration

| REPORT OF INVESTIGATION (Continuation) | 1. File No. ▮ | 2. G-DEP Identifier ▮ |
|---|---|---|
| | 3. File Title MENDES, Manuel | |

| 4. Page 3 of 4 | |
|---|---|
| 5. Program Code | 6. Date Prepared 03/25/04 |

CUSTER, operating the blue Mitsubishi, arrive at 18 Murphy Rd. At approximately 10:46AM surveillance officers saw BETTENCOURT, operating the white Alero, arrive at 18 Murphy Rd..

8. At approximately 10:42AM call# 3646 was intercepted. Call# 3646 was an outgoing direct connect call from 508-400-2957 to 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. During the call CUSTER speaks with Carmen FIGUEROA. FIGUEROA tells CUSTER that she is at Desiree's (Alves) and CUSTER tells her that his mother just got back with the car. CUSTER tells FIGUEROA that he will be over in a few minutes.

9. At approximately 11:07AM surveillance officers saw the white Alero drive from 18 Murphy Rd.. Surveillance officers saw that the vehicle was operated by PAVAO and CUSTER was the sole passenger. The Alero was followed directly to 299 Camp St., W. Yarmouth, MA, Desiree Alves residence, arriving at 11:15AM. Surveillance officers saw CUSTER exit the Alero and enter 299 Camp St.. PAVAO remained in the Alero. At approximately 11:20AM surveillance officers saw CUSTER exit 299 Camp St. and enter the Alero. The Alero was followed directly to Rt. 6 west and then to the Bourne rotary where it was observed entering the Rt. 25 ramp at approximately 11:43AM. Direct surveillance was ended at this time.

**INDEXING**

CUSTER, Christopher ▮

PAVAO, Jennifer ▮

ALVES, Desiree ▮

FIGUEROA, Carmen ▮

BETTENCOURT, June ▮
▮/F, ▮
18 Murphy Rd., Hyannis, MA

DEA Form - 6a
(Jul. 1996)

DEA SENSITIVE
Drug Enforcement Administration

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

Previous edition dated 8/94 may be used.

1 - Prosecutor

123

**U.S. Department of Justice**
Drug Enforcement Administration

| REPORT OF INVESTIGATION *(Continuation)* | 1. File No. ▮▮▮ | 2. G-DEP Identifier ▮▮▮ |
|---|---|---|
| | 3. File Title MENDES, Manuel | |
| 4. Page 4 of 4 | | |
| 5. Program Code | 6. Date Prepared 03/25/04 | |

**MOTOR VEHICLE INDEXING**

MA registration 62EA08-1987 Cadillac Seville
Registered to June BETTENCOURT, 18 Murphy Rd., Hyannis, MA

MA registration 58RH09- 1995 Mitsubishi Eclipse
Registered to June BETTENCOURT, 18 Murphy Rd., Hyannis, MA

DEA Form - 6a
(Jul. 1996)

**DEA SENSITIVE**
Drug Enforcement Administration

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

1 - Prosecutor
124

Previous edition dated 8/94 may be used.