U.S. Department of Justice
Drug Enforcement Administration

Read Instructions on Reverse before completing

**ACQUISITION OF NON-DRUG PROPERTY AND REGULATORY SEIZURES**

| 1. BASIS | 2. TYPE OF PROPERTY | | 3. FILE NO. | 4. G-DEP IDENTIFIER |
|---|---|---|---|---|
| [X] EVIDENCE<br>[ ] FORFEITURE<br>[ ] TEMPORARY CUSTODY<br>   [ ] Safekeeping<br>   [ ] Transfer to Another Agency | [ ] MONEY<br>  [ ] Recovered<br>  [ ] Seized | [ ] REGULATORY<br>[ ] FILM/FINGERPRINTS<br>[X] OTHER | ▓▓▓▓ | ▓▓▓▓ |
| | 6. CUSTOMS ORIGINATED CASE | | 5. FILE TITLE ▓▓▓▓ | |
| | [ ] Case No.   OR   [ ] Seizure No.<br>No. _____ | | 7. DATE PREPARED<br>03/24/04 | 8. PROGRAM CODE |

| 9. EXHIBIT | 10. NAME AND DESCRIPTION OF ARTICLES | 11. COND. CODE | 12. VALUE |
|---|---|---|---|
| N-54 | One computer disk-color black (brand name Sony). | NA | -0- |

**13. REMARKS**

On March 24, 2004 S/A David M. Lewis of the Cape Cod Task Force(CCTF) obtained non drug exhibit N-54(one computer disk-color black, brand name Sony) from Tech Specialist S. Reynolds at the Tech Office located within the New England Field Division Office(Boston, MA.). S/A Forde(NBRO) witnessed this event. S/A Lewis transported the exhibit to the CCTF where the exhibit was signed, sealed and dated as witnessed by TF/A Forde. The exhibit after processing was then secured in the non drug evidence room for safekeeping and possible future court proceedings.

| 14. SUBMITTED BY SPECIAL AGENT/INVESTIGATOR (Signature) | 15. APPROVED BY (Signature & Title) |
|---|---|
| S/A David M. Lewis | G/S Edward Harrington |

**RECEIPT REPORT**

| 16. NO. PACKAGES | 17. RECEIVED FROM (Signature & Date) | 18. Print or Type NAME and TITLE |
|---|---|---|
| 1 | 3-24-04 | David E. Lewis |
| 19. SEAL<br>[ ] Broken  [X] Unbroken | 20. RECEIVED BY (Signature & Date)<br>3-24-04 | 21. Print or Type NAME and TITLE<br>SF/A Thomas Lewis |

**DISPOSITION (FOR EVIDENCE CUSTODIAN USE ONLY)**

| 22. Date DEA-48 | 23. Exhibit | 24. Authorizing Name | 25. Means of Disposition | 26. Name |
|---|---|---|---|---|
| | | | | |

**27. REMARKS**

| 28. ANALYST (Signature) | 29. DATE | 30. APPROVED BY (Signature) | 31. DATE |
|---|---|---|---|
| | | | |

FORM DEA-7a (6-01) Previous editions are obsolete      Copy 1 - Prosecution