UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>MANUEL MENDES, CHRISTOPHER T. CUSTER, CARMEN FIGUEROA, DESIREE ALVES, WILLIAM TEJEDA, and JENNIFER PAVAO,<br><br>Defendants. | 04-cr-10098-WGY |

## DEFENDANT CHRISTOPHER T. CUSTER'S MOTION TO SUPPRESS EVIDENCE AND REQUEST FOR HEARING

Defendant Christopher T. Custer ("Custer") hereby moves to suppress all evidence, including but not limited to 1) 500 grams of suspected cocaine; 2) one black bag containing the suspected cocaine; 3) two cellular telephones; 4) $15,300 in currency; and 5) other personal property of Custer, obtained as a result of a warantless stop and search of his person and a motor vehicle in which Custer was a passenger on or about March 16, 2004. Custer further moves to suppress any "fruits" of the search, including but not limited to any statements made by him. As grounds for his Motion, Custer states that the evidence which Custer seeks suppressed was obtained as the result of unreasonable and unconstitutional searches and seizures in violation of Custer's Fourth and Fourteenth Amendment rights. In particular, the initial seizures of Custer and the car were undertaken without an arrest or search warrant and the authorities lacked probable cause to stop or search the car. As further grounds for his Motion, Custer submits his Memorandum of Law herewith.

WHEREFORE, Custer requests that all physical evidence obtained as a result of the stop be suppressed. In the alternative, Custer requests a hearing to resolve any disputed issues of fact. Custer respectfully submits that the admission of tangible property is a preliminary question and, as such, requires a factual hearing outside of the jury's presence and sufficiently in advance of trail so as to allow the defendant to adequately prepare for trial if necessary. *See Jackson v. Denno*, 378 U.S. 368 (1984).

> CHRISTOPHER T. CUSTER,
>
> By his attorney,
>
> /s/ Mark D. Smith
> Mark D. Smith, BBO# 542676
> Laredo & Smith, LLP
> 15 Broad Street, Suite 600
> Boston, MA 02109
> (617) 367-7984

Dated: March __, 2005

## CERTIFICATE OF SERVICE

I, Mark Smith, attorney for Defendant Christopher T. Custer hereby certify that on this date I served the within Motion to Suppress Evidence by causing a copy to be delivered by regular mail, postage prepaid, to:

Thomas J. Ford, Esq.
141 Tremont Street
Suite 400
Boston, MA 02111

John LaChance, Esq.
600 Worcester Road
Suite 501
Framingham, MA 01701

Page Kelley, Esq.
Federal Defenders
408 Atlantic Avenue
Boston, MA 02210

David J. Apfel, Esq.
Goodwin Procter, LLP
Exchange Place
53 State Street
Boston, MA 02109

Michael C. Andrews, Esq.
Law Offices of Michael C. Andrews
21 Custom House Street
Suite 920
Boston, MA 02110

Susan Poswistilo, Esq.
United States Attorney's Office
1 Courthouse Way
Suite 9200
Boston, MA 02210

                                                Mark Smith
                                                Laredo & Smith, LLP
                                                15 Broad Street, Suite 600
                                                Boston, MA 02109
                                                (617) 367-7984

Dated: March ___, 2005