U.S. Department of Justice
Drug Enforcement Administration

## REPORT OF INVESTIGATION

Page 1 of 10

| 1. Program Code | 2. Cross File | Related Files | 3. File No. | 4. G-DEP Identifier |
|---|---|---|---|---|
| 5. By: S/A Thomas W. Millar  At: Barnstable, MA | ☐ ☐ ☐ ☐ ☐ | | 6. File Title  MENDES, Manuel | |
| 7. ☐ Closed  ☐ Requested Action Completed  ☐ Action Requested By: | | | 8. Date Prepared  3-29-04 | |
| 9. Other Officers: See Paragraph # 17 | | | | |
| 10. Report Re: Arrest of Chris CUSTER, Jen PAVAO, William TEJEDA and Catalin CANELO on 3-16-04 and Acquistion of Ex.'s 1 and N-46, N-47, N-52 and N-59 through N-65 | | | | |

**SYNOPSIS**

On March 15, 2004 conversations between Manuel MENDES and Christopher CUSTER were intercepted on a Court authorized Title III on telephone number 508-400-2957. Call #'s 3583 and 3625 indicated that Christopher CUSTER would be making a trip to New York City in order to purchase a quantity of cocaine from William TEJEDA. As a result, a surveillance of CUSTER was conducted on 3-16-04. On that date, CUSTER and Jennifer PAVAO drove in an AVIS rental vehicle from Cape Cod to New York City. The rental vehicle had previously been equipped with a Global Positioning system by the NEFD Tech Ops Unit in Boston, MA. On 3-16-04, CUSTER was eventually arrested with Ex.#1, approximately 500 grams of suspected cocaine. Also arrested in New York City were Catilin CANELO, Jennifer PAVAO and William TEJEDA.

**DETAILS**

1. Reference is made to DEA-6 by Det. Charles Peterson, 3-25-04, under the above file title and number, report RE: Surveillance of Chris CUSTER on 3-16-04 call #'s 3582, 3583, 3584, 3625. The referenced report details June BETTENCOURT obtaining a 2004 white Oldsmobile Alero, MA registration 19RL01 from the AVIS car rental agency at Barnstable Municipal Airport in Hyannis, MA. The report also details PAVAO driving CUSTER over to Desiree ALVES' residence, 299 Camp St, W. Yarmouth, MA just prior to departing Cape Cod enroute to New York City.

| 11. Distribution: | 12. Signature (Agent) | 13. Date |
|---|---|---|
| Division | S/A Thomas W. Millar | 4-15-04 |
| District | 14. Approved (Name and Title) | 15. Date |
| Other | Edward J. Harrington  G/S, CCTF | 4-15-04 |

DEA Form  - 6
(Jul. 1996)
twm

1 - Prosecutor

**DEA SENSITIVE**
Drug Enforcement Administration

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

0129

Previous edition dated 8/94 may be used.

U.S. Department of Justice
Drug Enforcement Administration

| REPORT OF INVESTIGATION (Continuation) | 1. File No. | 2. G-DEP Identifier |
|---|---|---|
| | 3. File Title | |
| 4. Page 2 of 10 | | |
| 5. Program Code | | |
| | 6. Date Prepared 3-29-04 | |

2. In view of the above, Det's Brian Guiney and Thomas Chevalier and S/A Thomas Millar departed Cape Cod at approximately 9:00AM on 3-16-04. At approximately 1:00PM the above noted officers arrived in New York City. Based upon prior deals, the officers went directly to the residence of TEJEDA, 1234 Boston Rd, Bronx, NY. At that time the 1996 red Dodge Mini Van, NY registration GE562E was not in the area of the residence.

3. At approximately 1:30PM, S/A Millar learned from the NEFD, monitoring the GPS device in the rental vehicle, that the vehicle was in E. Lyme, CT.

4. At approximately 2:25PM, S/A Edwin Brigantty observed the above noted 1996 Dodge Mini Van arrive in the area of 1234 Boston Rd, Bronx, NY and park near the building. S/A Brigantty observed William TEJEDA exit the van and enter the entrance to 1234 Boston Rd.

5. At approximately 2:50PM, S/A Millar learned from the NEFD, monitoring the GPS device in the rental vehicle, that the vehicle was in Stamford, CT.

6. At approximately 3:00PM, S/A Millar learned from the NEFD, monitoring the GPS device in the rental vehicle, that the vehicle was in Greenwich, CT.

7. At approximately 3:05PM, S/A Brigantty observed TEJEDA exit the entrance to 1234 Boston Rd, enter the above noted Dodge Mini Van, and turn the windshield wipers on, clearing the snow off the windshield. Shortly thereafter, S/A Brian Flemming observed TEJEDA get out of the Mini Van and cross Boston Rd, walking toward E 169th St. S/A Kevin Eaton then observed TEJEDA to proceed into a Deli/Grocery store in the area of E. 169th St and Mckinley. At approximately 3:10PM, S/A Eaton observed TEJEDA to exit the deli and proceed on foot back towards the Mini Van. S/A Flemming then observed TEJEDA to enter the passenger side door of the Mini Van.

8. At approximately 3:25PM, S/A Flemming observed TEJEDA exit the Mini Van and walk to the front steps of 1234 Boston Rd where he stood, facing Boston Rd, as if he were waiting for someone. At approximately 3:30PM,

DEA Form -6a
(Jul. 1996)

DEA SENSITIVE
Drug Enforcement Administration

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

Previous edition dated 8/94 may be used.

0130

**U.S. Department of Justice**
Drug Enforcement Administration

| REPORT OF INVESTIGATION | 1. File No. | 2. G-DEP Identifier |
|---|---|---|
| *(Continuation)* | 3. File Title | |
| 4. Page 3 of 10 | | |
| 5. Program Code | 6. Date Prepared 3-29-04 | |

S/A Flemming observed TEJEDA to leave the staircase area of 1234 Boston Rd and walk up to a green 1996 Toyota Camry, NY registration CJG2397, that had pulled up in front of TEJEDA's residence. The operator of the vehicle was subsequently identified as Catilin CANELO. S/A Flemming observed TEJEDA get in the passenger side door of the green Camry, which then departed the area.

9. The Agents followed the CANELO and TEJEDA from the area of 1234 Boston Rd to the Deegan Expressway, south bound, over the Triboro Bridge to the FDR Expressway, south bound to the area of midtown Manhattan. At approximately 4:15PM, G/S Holowchuk observed the Camry park on 43rd St near Madison Ave, New York, NY. Approximately 20-25 minutes later, G/S Holowchuk observed one of the occupants of the Camry exit the vehicle and walk away. G/S Holowchuk was unable to say if the occupant of the vehicle who exited and walked away was CANELO or TEJEDA. During the surveillance of CANELO and TEJEDA, as they were making their way towards Manhattan from the Bronx, S/A Millar had learned from the NEFD Agents monitoring the GPS device that the rental car occupied by CUSTER and PAVAO was on the Cross Bronx Expressway at one point and later on it was heading south on the west side of Manhattan. Subsequently, based upon information from the NEFD Agents, it appeared that the rental vehicle was stuck in traffic on the West Side Highway near W.42nd St. S/A's Garcia and Millar and Det's Guiney and Chevalier proceeded over to West 42nd St and parked near a NYPD precinct.

10. At approximately 4:45PM, S/A Millar observed the above noted AVIS rental, a 2004 white Oldsmobile Alero, MA registration 19RL01 proceed east bound on W. 42nd St. CUSTER was driving the vehicle and PAVAO was a passenger. Traffic was very heavy at this time. S/A's Garcia and Millar pulled directly behind CUSTER as he proceeded further eastbound on 42nd St. At approximately 5th Ave and 42nd St, S/A Millar observed TEJEDA walking west bound on the south side of 42nd St, talking on a cellular telephone. TEJEDA walked right past CUSTER and PAVAO in the rental vehicle.

0131

DEA Form - 6a
(Jul. 1996)

**DEA SENSITIVE**
Drug Enforcement Administration

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

Previous edition dated 8/94 may be used.

**U.S. Department of Justice**
Drug Enforcement Administration

# REPORT OF INVESTIGATION
*(Continuation)*

| | |
|---|---|
| 1. File No. | 2. G-DEP Identifier |
| 3. File Title | |

4.
Page 4 of 10

5. Program Code

6. Date Prepared
3-29-04

11. Approximately one block later, S/A Millar observed CUSTER park the rental vehicle on the south side of East 42nd Street, near the Hyatt hotel. S/A Millar then observed CUSTER exit the drivers side of the vehicle carrying a black bag. S/A's Garcia and Millar followed CUSTER on foot. CUSTER walked west on the south side of 42nd St, towards the area where TEJEDA was last seen. CUSTER then entered a business on 42nd St for a few seconds and then exited it. CUSTER was using a cellular telephone while he was walking. CUSTER was then followed back towards the rental vehicle, however, prior to getting to the vehicle, he crossed over to the north side of 42nd St and proceeded eastbound. Pedestrian traffic was very heavy and CUSTER was lost in the crowd on 42nd St, near Madison Ave.

12. As a result, S/A Millar proceeded back to the area of the rental vehicle and S/A Garcia proceeded north on Madison Ave. S/A Millar attempted to locate the rental vehicle, however, it had moved from the location where CUSTER had parked it on E 42nd St. S/A Millar continued east bound on 42nd St and observed the vehicle heading east on 42nd St. S/A Millar attempted to catch up with the vehicle on foot, but was unable to. As a result, S/A Millar activated a "kill switch" that had been installed in the vehicle by the NEFD Tech Unit, when the GPS device was installed. Shortly thereafter, S/A Millar caught up with the rental vehicle, as it was stalled on E 42nd St, facing east in the left hand travel lane of E. 42nd St. S/A Millar observed PAVAO in the driver's seat. Approximately 15-20 minutes later, S/A Millar deactivated the kill switch by pressing a re-activate button on the kill switch. This allowed the vehicle to be re-started, which PAVAO did and she proceeded east on E 42nd, out of view.

13. Meanwhile, S/A Garcia attempted to locate CUSTER on Madison Ave. Approximately ten minutes after CUSTER was lost from view near E 42nd and Madison Ave, mentioned in paragraph #11 above, S/A Garcia observed the Toyota Camry, NY registration, CJG2397, traveling slowly, westbound on 43rd St. S/A Garcia then observed the vehicle to make a right hand turn onto Madison Ave and park mid block between 43rd and 44th Streets. S/A Garcia observed TEJEDA exit the front passenger seat of the vehicle and CUSTER exit the back seat of the vehicle. CUSTER then re-entered the front seat. TEJEDA walked down the street carrying a small plastic

DEA Form -6a
(Jul. 1996)

**DEA SENSITIVE**
Drug Enforcement Administration

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

0132

Previous edition dated 8/94 may be used.

**U.S. Department of Justice**
Drug Enforcement Administration

| REPORT OF INVESTIGATION (Continuation) | 1. File No. | 2. G-DEP Identifier |
|---|---|---|
| | 3. File Title | |
| 4. Page 5 of 10 | | |
| 5. Program Code | | |
| | 6. Date Prepared 3-29-04 | |

bag. The Camry, operated by CANELO, drove down Madison Ave and was stopped by S/A Garcia approximately four blocks later. CUSTER was sitting in the front passenger seat with Ex. N-61, the black bag, next to him. Inside the black bag was Ex. #1, approximately 500 grams of suspected cocaine. CUSTER and CANELO were placed under arrest by S/A Garcia. CUSTER denied ownership of Ex. N-61. CANELO claimed that Ex. N-61 belonged to CUSTER. Both defendants were transported to the NYFD by G/S Holowchuk and S/A Eaton for processing. S/A Eaton advised CUSTER and CANELO of their Miranda Rights, which they both said they understood. A search of the Camry by S/A's Garcia and Brigantty resulted in the seizure of the following exhibits:

Ex. N-46 - $15,300 US Currency in glove compartment- found by S/A Garcia.

Ex. N-52 - black plastic bag / wrapping, which contained $12,000 of the $15,300 US Currency mentioned above. The other $3300 was on top of the black plastic bag / wrapping when it was found in the glove compartment.

Ex. N-65 - one Nextel cellular telephone, found on the center console of the Camry by S/A Garcia.

14. As a result of an inventory of CANELO's personal property during her processing at the NYFD, S/A Millar seized Ex. N-59, two cellular telephones, a Nokia and a Sprint. S/A Millar observed CANELO searching the address book section of her Sprint cellular telephone during her interview by S/A Garcia. Records from the NEFD Intelligence Unit indicate that CANELO cancelled her T-Mobile Cellular telephone, #646-346-3015 right after CUSTER's February 2004 trip to New York City. Other personal property seized from CANELO was express mailed back to her in the Bronx, as per her request, on 4-14-04. As a result of an inventory of CUSTER's personal property during his processing at the NYFD, S/A Millar seized Ex. N-63, a Nextel telephone. Miscellaneous papers and personal property, including $292 US Currency, a wallet with business cards and MA driver's license were also seized and will be returned to CUSTER or his family on Cape Cod.

DEA Form - 6a
(Jul. 1996)                    **DEA SENSITIVE**
Drug Enforcement Administration

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.      0133

Previous edition dated 8/94 may be used.

**U.S. Department of Justice**
Drug Enforcement Administration

| REPORT OF INVESTIGATION | 1. File No. | 2. G-DEP Identifier |
|---|---|---|
| *(Continuation)* | 3. File Title | |
| 4. Page 6 of 10 | | |
| 5. Program Code | | |
| | 6. Date Prepared 3-29-04 | |

15. Based upon information from the NEFD Agents monitoring the GPS device, the rental vehicle was in the area of E 42nd St, near the United Nations Building, circling the area. With the assistance of the GPS device, S/A's Garcia and Millar and Det. Chevalier attempted to locate the rental vehicle and PAVAO. At approximately 6:00PM, S/A Millar observed the rental vehicle stuck in heavy traffic facing west bound on E. 42nd St. S/A Millar observed that PAVAO was driving the vehicle and placed her under arrest. S/A Millar advised PAVAO of her Miranda Warnings, which she said that she understood. PAVAO wanted to know why she had been arrested. She denied any involvement in the drug trade and any knowledge of any drug deal. PAVAO said she came to New York with Chris CUSTER to go shopping. S/A Millar noticed Ex. N-60, a Sprint/Nokia cellular telephone, in the rental vehicle. PAVAO was transported in the rental vehicle to the NYFD by S/A Millar and Det. Chevalier for processing. Seized during an inventory search of the rental vehicle were the following exhibits:

   N-60 – one Nextel cellular telephone, found by Det. Thomas Chevalier.

   N-62 – One Sprint/Nokia cellular telephone, found by Det. Thomas Chevalier.

Seized also from PAVAO was some personal property, including one pair of ear rings, two rings and a necklace, which will be returned to her on Cape Cod.

16. At approximately 9:30PM, William TEJEDA was arrested at his place of employment, 321 Madison Ave, near 42nd Street by G/S Holowchuk, S/A's Garcia, Iula and Det. Brian Guiney. Seized at the time of TEJEDA's arrest were Ex. N-47, $1309 US Currency and Ex. N-64, a Sprint Cellular telephone and a green clear plastic Motorola pager. Ex.'s N-47 and N-64 were on TEJEDA's person at the time of his arrest and were seized by S/A Garcia. Also seized from TEJEDA were miscellaneous papers and personal property, including a wallet, a NY driver's license, Dodge car keys and $11.00 in US Currency. These items will be returned to TEJEDA or his authorized representative. TEJEDA was advised of his Miranda Warnings by S/A Garcia. TEJEDA said that he understood his rights.

DEA Form     - 6a
(Jul. 1996)
DEA SENSITIVE
Drug Enforcement Administration

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.       0134

Previous edition dated 8/94 may be used.

**U.S. Department of Justice**
Drug Enforcement Administration

| REPORT OF INVESTIGATION | 1. File No. | 2. G-DEP Identifier |
|---|---|---|
| *(Continuation)* | 3. File Title | |
| 4. Page 7 of 10 | | |
| 5. Program Code | | |
| | 6. Date Prepared 3-29-04 | |

TEJEDA was then transported to the NYFD by Det. Guiney where he was processed.

17. Other Officers: G/S Myron Holowchuk, S/A's Robert Garcia, Brian Flemming, Ed Brigantty, Kevin Eaton, Brian Iula, Mike Broderick, Marie Harmon, Frank DeSousa, Det's Brian Guiney and Thomas Chevalier.

**CUSTODY of EVIDENCE**

Ex. 1 was seized by S/A Robert Garcia on 3-16-04 from inside a vehicle occupied by Catilin CANELO and Chris CUSTER. S/A Garcia transported the exhibit back to the NYFD, where he field tested it and processed it as evidence. S/A Garcia then secured the exhibit in the NYFD overnight vault. On 3-17-04, S/A Garcia removed the exhibit from the overnight vault and turned custody over to S/A Millar. On 3-17-04, S/A Millar transported the exhibit back to the CCTF, where he secured it in the CCTF overnight storage container for safe keeping. On 3-22-04, TFA Flannery removed the exhibit from the storage container and forwarded it to the NERL via registered mail, for analysis.

Ex. N-46, $15,300 US Currency, and Ex. N-52 (the black plastic bag / wrapping for $12,000 of Ex. N-46) were seized by S/A Robert Garcia on 3-16-04 from inside a vehicle occupied by Catilin CANELO and Chris CUSTER. S/A Garcia transported the exhibits back to the NYFD. S/A Garcia then secured the exhibits in the NYFD overnight vault. On 3-17-04, S/A Garcia removed the exhibits from the overnight vault and turned custody of them over to S/A Millar. On 3-17-04, S/A Millar transported them to the CCTF, where he secured them in the CCTF overnight storage container for safe keeping, pending processing. Ex. N-46 was converted to Citizen's Bank Cashier's check payable to the US Marshal Service on 3-23-04 and subsequently transferred to the US Marshal's Service. Ex. N-52 was maintained by S/A Millar until such time as it was processed and submitted to the CCTF Non Drug Evidence Custodian for safe keeping.

N-47, $1309 US Currency, was seized by S/A Garcia at the time of William TEJEDA's arrest. S/A Garcia transported the exhibit back to the NYFD where

DEA Form - 6a
(Jul. 1996)
**DEA SENSITIVE**
Drug Enforcement Administration

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

0135

Previous edition dated 8/94 may be used.

U.S. Department of Justice
Drug Enforcement Administration

| **REPORT OF INVESTIGATION** | 1. File No. | 2. G-DEP Identifier |
|---|---|---|
| *(Continuation)* | ▮▮▮▮▮▮▮▮ | ▮▮▮▮▮▮▮▮ |
| | 3. File Title | |
| 4. Page 8 of 10 | ▮▮▮▮▮▮▮▮ | |
| 5. Program Code | | |
| | 6. Date Prepared  3-29-04 | |

it was secured in the overnight vault at the NYFD. On 3-17-04, S/A Garcia removed the exhibit from the NYFD overnight vault and turned custody over to S/A Millar. On 3-17-04, S/A Millar transported the exhibit back to the CCTF, where he secured it in the CCTF overnight storage container for safe keeping, pending processing. Ex. N-47 was converted to a Citizen's Bank Cashier's check payable to the US Marshal Service on 3-23-04 and subsequently transferred to the US Marshal's Service.

N-59, two cellular telephones, a Sprint and a Nokia, were seized by S/A Millar from the purse of Catilin CANELO on 3-16-04 during her processing at the NYFD. S/A Millar initialed and dated each cellular telephone. On 3-17-04, S/A Millar transported the exhibit back to the CCTF, where he maintained custody of the exhibit. On 4-13-04 the exhibit, along with all of her other personal property was forwarded back to CANELO via Federal Express, Airbill #'s 8400-4639-0644 and 0655.

N-60, one Nextel cellular telephone, and N-62, one Sprint/Nokia cellular telephone were seized by Det. Thomas Chevalier on 3-16-04 during an inventory search at the NYFD of the above noted AVIS rental vehicle (Oldsmobile Alero). Det. Chevalier initialed the exhibits on 3-16-04 and turned custody of them over to S/A Millar. On 3-17-04, S/A Millar transported the exhibits back to the CCTF, where he maintained custody of them pending processing and subsequent submission to the CCTF Non Drug Evidence Custodian for safe keeping.

Ex. N-61, the original container of Ex. #1, was seized by S/A Garcia on 3-16-04. S/A Garcia transported the exhibit to the NYFD, where it was turned over to S/A Millar. S/A Millar initialed and dated the exhibit and transported it back to the CCTF on 3-17-04. S/A Millar maintained custody of the exhibit until such time as it was submitted to the CCTF Non Drug Evidence Custodian for safekeeping.

N-63, one Nextel cellular telephone, was seized from the person of Chris CUSTER on 3-16-04 during his processing at the NYFD. S/A Millar took custody of the exhibit on 3-16-04, at which time he initialed and dated the exhibit. On 3-17-04, S/A Millar transported the exhibit back to the CCTF, where he maintained custody pending processing and subsequent submission to the CCTF Non Drug Evidence Custodian for safe keeping.

DEA Form -6a
(Jul. 1996)
**DEA SENSITIVE**
Drug Enforcement Administration

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.        0136

Previous edition dated 8/94 may be used.

**U.S. Department of Justice**
Drug Enforcement Administration

| REPORT OF INVESTIGATION (Continuation) | 1. File No. ▮ | 2. G-DEP Identifier ▮ |
|---|---|---|
| 4. Page 9 of 10 | 3. File Title ▮ | |
| 5. Program Code | 6. Date Prepared 3-29-04 | |

N-64, one Sprint cellular telephone, was seized by S/A Garcia at the time of William TEJEDA's arrest. S/A Garcia transported the exhibit back to the NYFD on 3-16-04 and turned custody of the exhibit over to S/A Millar who initialed and dated the exhibit. On 3-17-04, S/A Millar transported the exhibit back to the CCTF, where he maintained custody pending processing and subsequent submission to the CCTF Non Drug Evidence Custodian for safe keeping.

N-65, a Nextel cellular telephone, was seized by S/A Robert Garcia on 3-16-04 from inside a vehicle that had just been occupied by William TEJEDA. S/A Garcia transported the exhibit back to the NYFD. S/A Garcia then turned custody of the exhibit over to S/A Millar who initialed and dated the exhibit. On 3-17-04, S/A Millar transported the exhibit back to the CCTF, where he maintained custody pending processing and subsequent submission to the CCTF Non Drug Evidence Custodian for safe keeping.

## MOTOR VEHICLE INDEXING

1996 Toyota Camry, color green, NY registration CJG-2397
Registered to:

Yisel CANELO
321 E. 153rd St, Apt 1H
Bronx, NY

## INDEXING

William TEJEDA
1234 Boston Rd
Apt 2D
Bronx, NY
SS# 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
646-305-6385

Christopher CUSTER



DEA Form - 6a
(Jul. 1996)

**DEA SENSITIVE**
Drug Enforcement Administration

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

Previous edition dated 8/94 may be used.

0137

**U.S. Department of Justice**
Drug Enforcement Administration

| REPORT OF INVESTIGATION | 1. File No. | 2. G-DEP Identifier |
|---|---|---|
| (Continuation) | | |
| 4. Page 10 of 10 | 3. File Title | |
| 5. Program Code | | |
| | 6. Date Prepared 3-29-04 | |

Catilin CANELO
321 E. 153rd St.
Apt #1H
New York, NY
SS# 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
718-402-6826



Jennifer PAVAO

DEA Form - 6a
(Jul. 1996)

DEA SENSITIVE
Drug Enforcement Administration

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

Previous edition dated 8/94 may be used.