
**U.S. Department of Justice**
**Drug Enforcement Administration**

Read Instructions on Reverse before completing.

## REPORT OF DRUG PROPERTY COLLECTED, PURCHASED OR SEIZED

163897

| 1. HOW OBTAINED (Check) | | | 2a. FILE NO: | 2b. PROGRAM CODE | 3. G-DEP ID |
|---|---|---|---|---|---|
| ☐ Purchase  ☒ Seizure  ☐ Free Sample  ☐ Lab. Seizure  ☐ Money Flashed  ☐ Compliance Sample (Non-Criminal)  ☐ Internal Body Carry  ☐ Other (Specify) | | | CZ-03-0023 | | YCN1G |

| 4a. WHERE OBTAINED (City, State/Country) | 4b. DATE OBTAINED | 5. FILE TITLE |
|---|---|---|
| New York City, NY/USA | 03-16-2004 | MENDES, Manuel |

| 6a. REFERRING AGENCY (Name) | 6b. REFERRAL ☐ Case No. OR ☐ Seizure No. | 7. DATE PREPARED | 8. GROUP NO. |
|---|---|---|---|
| | | 03-22-2004 | 19 |

| 9. Exhibit No. | 10. FDIN (10 characters) | 11. ALLEGED DRUGS | 12. MARKS OR LABELS (Describe fully) | APPROX. GROSS QUANTITY | | 15. Purchase Cost |
|---|---|---|---|---|---|---|
| | | | | 13. Seized | 14. Submitted | |
| Ex.1 | | Cocaine | Two circular shaped packages containing a white powdery substance belived to be cocaine | 533.72 | 533.72 | |

16. WAS ORIGINAL CONTAINER SUBMITTED SEPARATE FROM DRUG ?  ☒ NO (included above)  ☐ YES (if Yes, enter exhibit no. and describe original container fully)

**REMARKS:**
On March 16, 2004, persuant to a federally authorized T-3 intercept, law enforcement personel seized exhibit #1 from a motor vehicle in possession of Catalin CANELO and Chris CUSTER. S/A Garcia transported exhibit #1 to the New York City DEA Field Division Drug Locker for safekeeping/storage. On March 17, 2004, S/A Millar transported exhibit #1 to the DEA Cape Cod Task Force Drug Locker for storage/safekeeping pending processing. On March 22, 2004, exhibit #1 was processed and sent to NERL via registered mail RRR RA 216078459 US by TFA Flannery

| 17. SUBMITTED BY SPECIAL AGENT (Signature) | 18. APPROVED BY (Signature & Title) |
|---|---|
| Peter F. Flannery | Edward J. Harrington, Group Supervisor |

### LABORATORY EVIDENCE RECEIPT REPORT

| 19. NO. PACKAGES | 20. RECEIVED FROM (Signature & Date) | 21. Print or Type NAME and TITLE |
|---|---|---|
| 1 | RA216078459 | |
| 22. SEAL  ☐ Broken  ☒ Unbroken | 23. RECEIVED BY (Signature & Date)  3/26/04 | 24. Print or Type NAME and TITLE  Irene Mico |
| MR 4/5/04 | | |

### LABORATORY REPORT

**25. ANALYSIS SUMMARY AND REMARKS**

Exhibit #1 contains cocaine base.

  Gross Wt. = 532.5 g
  Net Wt.   = 496.7 g

**SEE CERTIFICATION ON BACK**

| 26. Exhibit No. | 27. Lab. No. | 28. ACTIVE DRUG INGREDIENT (Established or Common Name) | CONCENTRATION | | | 32. AMT. OF PURE DRUG | 33. RESERVE |
|---|---|---|---|---|---|---|---|
| | | | 29. Strength | 30. Measure | 31. Unit | | |
| 1 | 163897 | cocaine base | 55 | % | | 273.1 g | 495.1 g |

| 34. ANALYST (Signature) | 35. TITLE | 36. DATE COMPLETED |
|---|---|---|
| JENNIFER L. MERSCHOFF | FORENSIC CHEMIST | 3/31/04 |
| 37. APPROVED BY (Signature & Date)  THOMAS M. BLACKWELL | 38. TITLE  LABORATORY DIRECTOR | 39. LAB. LOCATION  NEW YORK |