UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MANUEL MENDES,<br>CHRISTOPHER T. CUSTER,<br>CARMEN FIGUEROA,<br>DESIREE ALVES,<br>WILLIAM TEJEDA, and<br>JENNIFER PAVAO,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) Crim. No. 04-10098-WGY<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## DEFENDANT CHRISTOPHER CUSTER'S NOTICE OF JOINDER IN SUBSTANTIVE MOTIONS OF CO-DEFENDANTS

Defendant Christopher Custer hereby gives notice of his joinder in the substantive motions of his co-defendants insofar as those motions assert positions that apply to Mr. Custer.

Respectfully Submitted,

CHRISTOPHER T. CUSTER,

By his attorney,

/s/ Mark D. Smith
Mark D. Smith, BBO# 542676
Laredo & Smith, LLP
15 Broad Street, Suite 600
Boston, MA 02109
(617) 367-7984

Dated: March 17, 2005