UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>MANUEL MENDES, CHRISTOPHER T. CUSTER, CARMEN FIGUEROA, DESIREE ALVES, WILLIAM TEJEDA, and JENNIFER PAVAO,<br><br>Defendants. | 04-cr-10098-WGY<br><br>AFFIRMATION |

Mark D. Smith, counsel for Defendant Christopher Custer in the above captioned matter, affirms as follows:

1. I am an attorney licensed to practice law in the Commonwealth of Massachusetts and the United State District for the District of Massachusetts, and I represent Mr. Christopher Custer.

2. I am familiar with this case by reason of my investigation of this matter, conversations with my client and others, and my review of the discovery material provided to date by the government.

3. This affirmation was submitted in support of various forms of relief requested herein, and is based upon the facts as I know them, the Federal Rules of Criminal Procedure, the Federal Rules of Evidence, the United States Constitution, and other pertinent statues and law.

Mark D. Smith, BBO# 542676
Laredo & Smith, LLP
15 Broad Street, Suite 600
Boston, MA 02109
(617) 367-7984

Dated: March 11, 2005