UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                            )
UNITED STATES OF AMERICA,        )
                                            )
v.                                          )
                                            )   04-CR-10098-WGY
MANUEL MENDES, CHRISTOPHER T. )
CUSTER, CARMEN FIGUEROA,        )
DESIREE ALVES, WILLIAM TEJEDA,  )
and JENNIFER PAVAO,               )
                                            )
       Defendants.                    )
_____)

**DEFENDANT CHRISTOPHER T. CUSTER'S UNOPPOSED
MOTION TO MODIFY HIS CONDITIONS OF RELEASE**

Defendant Christopher T. Custer ("Custer") hereby moves to modify his conditions of release to allow him to attend a wedding of a family friend. As grounds for his Motion, Custer states that Tara Pavao, aunt of Jennifer Pavao and friend of Custer's, is getting married on April 9, 2005 in Worcester, Massachusetts. The wedding is scheduled for 5:30 p.m. at the United Congregational Church, 6 Institute Rd., Worcester, Massachusetts and the reception will immediately follow the ceremony at Maironis Park, 52 South Quinsigamond Avenue, Shrewsbury, Massachusetts, and will conclude at 9:00 p.m. One of Custer's conditions of release requires him to be at home by 7:00 p.m. He will be unable to attend the wedding unless the conditions are modified. Custer requests modification of the conditions to allow him to stay at a Holiday Inn Motel, located at 500 Lincoln Street in

Worcester for the evening of April 9, 2005, and return to his residence the following morning. Custer has made a reservation at the hotel, and has a confirmation number of 62900709 for that evening.

      The Government does not oppose this Motion.

      Wherefore, Defendant Christopher Custer requests that this Motion be allowed.

      CHRISTOPHER T. CUSTER,

      By his attorney,

      /s/ Mark D. Smith
      Mark D. Smith, BBO# 542676
      Laredo & Smith, LLP
      15 Broad Street, Suite 600
      Boston, MA 02109
      (617) 367-7984

Dated: March ___, 2005

## **CERTIFICATE OF SERVICE**

      I, Mark Smith, attorney for Defendant Christopher T. Custer, hereby certify that on this date I served the within Defendant Christopher T. Custer's Motion To Modify His Conditions Of Release by causing a copy to be delivered by regular mail, postage prepaid, to:

Thomas J. Ford, Esq.
141 Tremont Street
Suite 400
Boston, MA  02111

John LaChance, Esq.
600 Worcester Road
Suite 501
Framingham, MA  01701

Page Kelley, Esq.
Federal Defenders
408 Atlantic Avenue
Boston, MA  02210

David J. Apfel, Esq.
Goodwin Procter, LLP
Exchange Place
53 State Street
Boston, MA  02109

Michael C. Andrews, Esq.
Law Offices of Michael C. Andrews
21 Custom House Street
Suite 920
Boston, MA 02110

Susan Poswistilo, Esq.
United States Attorney's Office
1 Courthouse Way
Suite 9200
Boston, MA  02210

                                              Mark Smith
                                              Laredo & Smith, LLP
                                              15 Broad Street, Suite 600
                                              Boston, MA 02109
                                              (617) 367-7984

Dated:  March ___, 2005