UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal No. |
| ) | 04-10098-WGY |
| v.  ) | |
| ) | |
| MANUEL L. MENDES, CHRISTOPHER ) | |
| T. CUSTER, CARMEN FIGUEROA,  ) | |
| DESIREE ALVES, WILLIAM TEJEDA,) | |
| and JENNIFER PAVAO,  ) | |
| ) | |
| Defendants.  ) | |

### UNITED STATES' SECOND MOTION FOR EXTENSION OF TIME TO FILE ITS RESPONSES TO DEFENDANTS' MOTIONS TO SUPPRESS

The United States of America, by its attorney, Michael J. Sullivan, United States Attorney for the District of Massachusetts, respectfully moves the Court for an order extending the time in which to respond to the various motions to suppress filed by the defendants. The government seeks an additional one week period, until April 21, 2005, in which to file its response.

The grounds for this motion are that despite the additional time the court previously granted to the government to respond, the undersigned has been unable to prepare adequately all of the government's responses. This is, in part, due to the fact that the undersigned is on emergency duty this week, and has had to devote much of her time to unrelated, emergency matters.

The undersigned notes that the change in the response date should not effect the previously scheduled hearings, nor will it effect the trial date in this matter. Counsel for defendants

Figueroa and Custer have agreed to this motion; counsel for Tejeda has not.

WHEREFORE, the government requests that its motion be granted.

                              MICHAEL J. SULLIVAN
                              United States Attorney

                By:   /s/ Susan M. Poswistilo
                      SUSAN M. POSWISTILO
                      Assistant U.S. Attorney