JS 45 (5/97) - (Revised U.S.D.C. MA 2/7/02)

**Criminal Case Cover Sheet**                      **U.S. District Court - District of Massachusetts**

**Place of Offense:**              **Category No.**  II              **Investigating Agency**   DEA

y _____          **Related Case Information:**

**County**   Barnstable              Superseding Ind./ Inf.   Yes              Case No.   04-10098-WGY
                                     Same Defendant   YES          New Defendant _____
                                     Magistrate Judge Case Number      04M-1038
                                     Search Warrant Case Number ·   04M-1041 to 1044
                                     R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name   William Tejeda _____   Juvenile:      ☐ Yes    ☐ No

Alias Name _____

Address        1234 Boston Road, Bronx, New York

Birthdate:  00-00-76    SS # 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   Sex:  M      Race:  Hispanic          Nationalit _____

**Defense Counsel if known:**        David Apfel              Address  Goodwin Proctor, LLP, 53 State Street

Bar Number _____                              Boston, MA 02109

**U.S. Attorney Information:**

AUSA    Susan M. Poswistilo _____    Bar Number if applicable _____

Interpreter:    ☐ Yes    ☐ No        List language and/or dialect: _____

Matter to be SEALED:              Yes   x · No

Warrant Requested        x      Regular Process          ☐ In Custody

**Location Status:**

Arrest Date        March 16, 2004 _____

☐ Already in Federal Custody as of _____ in _____
☐ Already in State Custody at _____   ☐ Serving Sentence    ☐ Awaiting Trial
X  On Pretrial Release:    Ordered by:   USMJ Dein          on   April 19, 2004

**Charging Document:**        Complaint        ☐ Information          X Indictment

**Total # of Counts:**     ☐ Petty _____   ☐ Misdemeanor _____   X Felony  1

Continue on Page 2 for Entry of U.S.C. Citations

**I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date:  April 20, 2005      Signature of AUSA: _____

JS 45  (5/97)  (Revised U.S.D.C. MA 2/7/02) Page 2 of 2 or Reverse
_____

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**    William Tejeda _____

### U.S.C. Citations

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 21 USC 846 | Conspiracy to possess with Intent to Distribute Cocaine Base | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

JS 45 all defendantsSuperseding.wpd - 2/7/02

JS 45 (5/97) - (Revised U.S.D.C MA 2/7/02)

**Criminal Case Cover Sheet**      **U.S. District Court - District of Massachusetts**

**Place of Offense:**      **Category No.** __II__      **Investigating Agency** __DEA__

City _____

     **Related Case Information:**

**County** __Barnstable__      **Superseding Ind./ Inf.** __YES__    **Case No.** __04-10098-WGY__

**Same Defendant** __YES__      **New** _____

**Magistrate Judge Case Number** __04M-1038__

**Search Warrant Case Number** __04M-1041 TO 1044-JGD__

**R 20/R 40 from District of** _____

**Defendant Information:**

**Defendant Name** __Desiree Alves__      **Juvenile:** ☐ Yes    ☐ No

**Alias Name** _____

**Address** __299 Camp Street, Yarmouth, MA__

**Birthdate** __00-00-80__   **SS #** __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__   **Sex:** __F__   **Race** __Black__   **Nationalit** _____

**Defense Counsel if known:**    __Page Kelly__      **Address** __Federal Defender's Office__

**Bar Number** _____      __408 Atlantic Ave, Boston, 02210__

**U.S. Attorney Information:**

**AUSA** __Susan M. Poswistilo__      **Bar Number if applicable** _____

**Interpreter:**    ☐ Yes   X☐ No      **List language and/or dialect:** _____

**Matter to be SEALED:**      ☐ Yes   X☐ No

     ☐ **Warrant Requested**    X    **Regular Process**      ☐ **In Custody**

**Location Status:**

**Arrest Date** __March 16, 2003__

☐ **Already in Federal Custody as of** _____ **in** _____ .

☐ **Already in State Custody at** _____   ☐ **Serving Sentence**    ☐ **Awaiting Trial**

X **On Pretrial Release:** Ordered by: __USMJ Dein__    **on** __March 19, 2004__

**Charging Document:**    Complaint      ☐ **Information**      X **Indictment**

**Total # of Counts:**      ☐ **Petty** _____   ☐ **Misdemeanor** _____   ☐ **Felony** __1__

**Continue on Page 2 for Entry of U.S.C. Citations**

☐   I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
accurately set forth above.

**Date:** __4/20/05__      **Signature of AUSA:** _____

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**    Desiree Alves _____

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 USC 846 | Conspiracy to possess with Intent to Distribute Cocaine Base | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

JS 45 (5/97) - (Revised U.S.D.C. MA 2/7/02)

**Criminal Case Cover Sheet**          **U.S. District Court - District of Massachusetts**

**Place of Offense:**      Category No. **II**      Investigating Agency **DEA**

_y_ _____      **Related Case Information:**

**County** **Barnstable**      Superseding Ind./ Inf. **YES**      Case No. **01-10098-WGY**
           Same Defendant **Yes**      New **x**
           Magistrate Judge Case Number **04M-1038**
           Search Warrant Case Number **04M-1041 to 1044-JGD**
           R 20/R 40 from District of _____

**Defendant Information:**

**Defendant Name** **Carmen Figueroa**      Juvenile:    ☐ Yes    x No

**Alias Name** _____

**Address** **90 Sandwich Road, Bourne, MA**

**Birthdate** **00-00-79** SS # **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** Sex: **F** Race **Black** Nationalit _____

**Defense Counsel if known:** **John LaChance**      Address **600 Worcester Rd., Suite 501**

**Bar Number** _____      **Framingham, MA 01701**

**U.S. Attorney Information:**

**AUSA** **Susan M. Poswistilo**      Bar Number if applicable _____

**Interpreter:**    ☐ Yes   X☐ No      List language and/or dialect: _____

**Matter to be SEALED:**      ☐ Yes   X☐ No

     ☐ Warrant Requested      X Regular Process      ☐ In Custody

**Location Status:**

**Arrest Date** **March 16, 2004**

☐ Already in Federal Custody as of _____ in _____
☐ Already in State Custody at _____    ☐ Serving Sentence    ☐ Awaiting Trial
X On Pretrial Release: Ordered by: **USMJ Dein** on **March 19, 2004**

**Charging Document:**    Complaint    ☐ Information    X Indictment

**Total # of Counts:**    ☐ Petty _____    ☐ Misdemeanor _____    ☐ Felony **1**

**Continue on Page 2 for Entry of U.S.C. Citations**

🖎    I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: **4/20/05**      **Signature of AUSA:** _____

JS 45 (5/97)  (Revised U.S.D.C. MA 2/7/02) Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**    Carmen Figueroa _____

### U.S.C. Citations

| | __Index Key/Code__ | __Description of Offense Charged__ | __Count Numbers__ |
|---|---|---|---|
| Set 1 | 21 USC 846 | Conspiracy to possess with Intent to Distribute Cocaine Base | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

JS 45 all defendantsSuperseding.wpd - 2/7/02

JS 45 (5/97) - (Revised U.S.D.C. MA 2/7/02)

**Criminal Case Cover Sheet**                        **U.S. District Court - District of Massachusetts**

**Place of Offense:**          Category No.  **II**          Investigating Agency  **DEA**

ȳ _____ _____          **Related Case Information:**

**County**   **Barnstable** _____    Superseding Ind./ Inf.  **YES** _____   Case No.  **04-10098-WGY**
                                          Same Defendant   **YES** _____          New _____
                                          Magistrate Judge Case Number  **04M-1038** _____
                                          Search Warrant Case Number  **04M-1041 to 1044-JGD**
                                          R 20/R 40 from District of _____

**Defendant Information:**

**Defendant Name**   **Christopher T. Custer** _____   Juvenile:   ☐ Yes   X  No

**Alias Name** _____ _____

**Address**     **18 Murphy Road, Hyannis, MA** _____

**Birthdate  1977**      SS #  **9115**      Sex:  **M**    Race  **Caucasion**      Nationalit _____

**Defense Counsel if known:**      **Mark D. Smith** _____   Address  **15 Broad Street, Ste. 600**

**Bar Number** _____                    **Boston, MA 02109**

**U.S. Attorney Information:**

**AUSA**   **Susan M. Poswistilo** _____   Bar Number if applicable _____

**Interpreter:**      ☐ Yes   X☐ No        List language and/or dialect: _____

**Matter to be SEALED:**        ☐ Yes   X☐ No

        ☐ Warrant Requested        X  Regular Process        ☐ In Custody

**Location Status:**

**Arrest Date**        **March 16, 2004** _____

☐ Already in Federal Custody as of _____ in _____ .

☐ Already in State Custody at _____   ☐ Serving Sentence   ☐ Awaiting Trial

X On Pretrial Release:  Ordered by:  **USMJ Pitman (SDNY)**   on  **4/22/04** _____

**Charging Document:**      Complaint      ☐ Information      X Indictment

**Total # of Counts:**    ☐ Petty _____   ☐ Misdemeanor _____   ☐ Felony  **1**

**Continue on Page 2 for Entry of U.S.C. Citations**

☒   I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
     accurately set forth above.

Date: ___**4/20/05**___          Signature of AUSA: _____

JS 45 (5/97)  (Revised U.S.D.C. MA 2/7/02) Page 2 of 2 or Reverse

District Court Case Number   (To be filled in by deputy clerk): _____

me of Defendant    **Christopher T. Custer**  _____

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 USC 846 | Conspiracy to possess with Intent to Distribute Cocaine Base | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

JS 45 all defendantsSuperseding.wpd - 2/7/02

JS 45 (5/97) - (Revised U.S.D.C MA 2/7/02)

**Criminal Case Cover Sheet**                              **U.S. District Court - District of Massachusetts**

**Place of Offense:**                  **Category No.** II              **Investigating Agency** DEA

City _____          **Related Case Information:**

**County** Barnstable _____          Superseding Ind./ Inf. __YES__          Case No. __04-10098-WGY__
                                       Same Defendant __YES__          New Defendant _____
                                       Magistrate Judge Case Number __04-1038 and 04M-1049__
                                       Search Warrant Case Number __04M-1041 through 1044-JGD__
                                       R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name __Manuel Lamont Mendes__                    Juvenile:    ☐ Yes    ■ No

Alias Name _____

Address __Plymouth House of Correction__

Birthdate: __1975__    SS # __0354__    Sex: __Male__    Race: __CVR__    Nationalit _____

**Defense Counsel if known:**    __Thomas J. Ford__          Address __141 Tremont Street, Ste. 400__

Bar Number _____          __Boston, MA 02111__

**U.S. Attorney Information:**

AUSA __Susan M. Poswistilo__          Bar Number if applicable _____

**Interpreter:**    ☐ Yes    ■ No          List language and/or dialect: _____

**Matter to be SEALED:**    ☐ Yes    ■ No

      ☐ Warrant Requested          ☐ Regular Process          X In Custody

**Location Status:**

Arrest Date _____

☐ Already in Federal Custody as of _____ in _____
■ Already in State Custody at ——MCI Cedar Junction——    ■ Serving Sentence    ☐ Awaiting Trial
☐ On Pretrial Release:    Ordered by: _____ on _____

**Charging Document:**    ☐ Complaint          ☐ Information          ■ Indictment

**Total # of Counts:**    ☐ Petty ——————    ☐ Misdemeanor ——————    ■ Felony 1——————

Continue on Page 2 for Entry of U.S.C. Citations

■    **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date: __4/20/05__          Signature of AUSA _____

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**      Manuel Lamont Mendes

### U.S.C. Citations

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 21 U.S.C. § 846 | Conspiracy to possess with intent to distribute Cocaine Base | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

JS 45 (5/97) - (Revised U.S.D.C. MA 2/7/02)

**Criminal Case Cover Sheet**           **U.S. District Court - District of Massachusetts**

**Place of Offense:**      **Category No.**   II      **Investigating Agency**   DEA

City    _____

                               **Related Case Information:**

**County**    Barnstable         Superseding Ind./ Inf.   YES       Case No.   04-10098-WGY

                                        Same Defendant   YES       New Defendant _____

                                        Magistrate Judge Case Number    04M-1049

                                        Search Warrant Case Number     04M1041 to 1044-JGD

                                        R 20/R 40 from District of  _____

**Defendant Information:**

Defendant Name    Jennifer Pavao                 Juvenile:     ☐ Yes    X No

Alias Name    _____

Address     153 Bacon Road, Hyannis MA

Birthdate:   00/00/78    SS #   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    Sex:   F     Race:   Caucasion      Nationalit _____

**Defense Counsel if known:**     Michael Andrews        Address   21 Customs House Street, Ste. 920

Bar Number    _____                     Boston, MA 02110

**U.S. Attorney Information:**

AUSA    Susan M. Poswistilo               Bar Number if applicable    _____

**Interpreter:**     ☐ Yes   X☐ No         List language and/or dialect:    _____

**Matter to be SEALED:**        Yes   ☐X No

        Warrant Requested      X       Regular Process         ☐ In Custody

**Location Status:**

Arrest Date      3/16/04 _____

☐ Already in Federal Custody as of    _____ in _____

☐ Already in State Custody at _____   ☐ Serving Sentence     ☐ Awaiting Trial

X On Pretrial Release:    Ordered by:    USMJ Pitman (SDNY)     on   March 17, 2004

**Charging Document:**       Complaint      ☐ Information       X Indictment

**Total # of Counts:**      ☐ Petty _____   ☐ Misdemeanor _____   ☐ Felony   1_____

Continue on Page 2 for Entry of U.S.C. Citations

☐    **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date:   4/20/05 _____       Signature of AUSA: _____

JS 45 (5/97) (Revised U.S.D.C. MA 2/7/02) Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**    Jennifer Pavao _____

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 USC 846 | Conspiracy to possess with Intent to Distribute Cocaine Base | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

JS 45 PavaoSuperseding.wpd - 2/7/02