UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | Criminal No. |
| | ) | 04-10098-WGY |
| v. | ) | |
| | ) | |
| **MANUEL L. MENDES, CHRISTOPHER** | ) | |
| **T. CUSTER, CARMEN FIGUEROA,** | ) | |
| **DESIREE ALVES, WILLIAM TEJEDA,** | ) | |
| **and JENNIFER PAVAO,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## NOTICE OF APPEARANCE

Please take note that Nancy Rue, Assistant United States Attorney for the District of Massachusetts, will be appearing on behalf of the United States of America in this action.

```
                        MICHAEL J. SULLIVAN
                        United States Attorney


                 By:    /s/ Nancy Rue
                        SUSAN M. POSWISTILO
                        NANCY RUE
                        Assistant U.S. Attorneys
```