```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA,      )   Criminal No.
                               )   04-10098-WGY
         v.                    )
                               )
MANUEL L. MENDES, CHRISTOPHER  )
T. CUSTER, CARMEN FIGUEROA,    )
DESIREE ALVES, WILLIAM TEJEDA, )
and JENNIFER PAVAO,            )
                               )
         Defendants.           )
```

                            (Amended)
                    **GOVERNMENT'S WITNESS LIST**

The United States of America, by its attorney, Michael J. Sullivan, United States Attorney for the District of Massachusetts, submits the following list of witnesses it anticipates it will use in its case-in-chief.

**Law Enforcement Witnesses**

David Lewis
Special Agent, DEA
Barnstable, MA

Thomas Millar
Special Agent, DEA
Barnstable, MA

Edwin Briganty
Special Agent, DEA
New York, NY

Robert Garcia
Special Agent, DEA
New York, NY

Brian Iula
Special Agent, DEA
New York, NY

Charles Peterson
Detective
Yarmouth Police Department

Thomas Downs
Detective
Dennis (MA) Police Department

Tpr. William Bowyer
Connecticut State Police

Peter Flannery, Detective
Wareham Police Department
Wareham, MA

Sean Balcom, Detective
Barnstable Police Department

Nancy Blanchard
Detective
Barnstable Police Department

Officer Thomas Chevalier
Barnstable Police Department

Michael Clark, Detective
Barnstable Police Department

John Doble, Detective
Bourne Police Department

Brian Guiney
Detective
Barnstable Police Department

John Hanafin, Detective
Mashpee Police Department

Officer John Campbell
Barnstable Police Department


Michelle Camilliri
Senior Forensic Chemist
DEA

George Pyne
Telephone Administrator
Plymouth House of Corrections

**Civilian Witnesses**

Desiree Alves
Yarmouth, MA

Amanda Eldridge
Cape Cod, MA

Jennifer Pavao

Edward Jay
(retired Special Agent,
Internal Revenue Service)

    The government reserves the right to supplement and/or amend this list as necessary.  In addition, the government has not listed any witnesses it may use on rebuttal.

                              MICHAEL J. SULLIVAN
                              United States Attorney

                By:   /s/ Nancy Rue
                      SUSAN M. POSWISTILO
                      NANCY RUE
                      Assistant U.S. Attorneys