```
 1            UNITED STATES DISTRICT COURT
            FOR THE DISTRICT OF MASSACHUSETTS
 2
                                      Criminal No.
 3                                    04-10098-WGY

 4

 5

 6   * * * * * * * * * * * * * * * *
                                    *
 7   UNITED STATES OF AMERICA       *
                                    *
 8   v.                             *   CHANGE OF PLEA
                                    *
 9   CHRISTOPHER CUSTER             *
                                    *
10   * * * * * * * * * * * * * * * *

11

12

13        BEFORE:  The Honorable William G. Young,
                         District Judge
14

15
     APPEARANCES:
16
              SUSAN M. POSWISTILO and NANCY RUE,
17      Assistant United States Attorneys, 1 Courthouse
        Way, Suite 9200, Boston, Massachusetts 02210, on
18      behalf of the Government

19            LAREDO & SMITH, LLP (By Mark D. Smith,
        Esq.), 15 Broad Street, Suite 600, Boston,
20      Massachusetts 02109, on behalf of Christopher
        Custer
21

22

23

24                                    1 Courthouse Way
                                      Boston, Massachusetts
25
                                      May 6, 2005
```