```
 1                   UNITED STATES DISTRICT COURT
                   FOR THE DISTRICT OF MASSACHUSETTS
 2
                                              Criminal No.
 3                                            04-10098-WGY

 4
        * * * * * * * * * * * * * * * *
 5                                     *
        UNITED STATES OF AMERICA       *
 6                                     *
        v.                             *   PRETRIAL CONFERENCE
 7                                     *
        MANUEL LAMONT MENDES           *
 8      CHRISTOPHER CUSTER             *
        CARMEN FIGUEROA                *
 9      DESIREE ALVES                  *
        WILLIAM TEJEDA                 *
10      JENNIFER PAVAO                 *
                                       *
11      * * * * * * * * * * * * * * * *

12              BEFORE:  The Honorable William G. Young,
                                 District Judge
13

14
        APPEARANCES:
15
                SUSAN M. POSWISTILO, Assistant United
16         States Attorney, 1 Courthouse Way, Suite 9200,
           Boston, Massachusetts 02210, on behalf of the
17         Government

18              THOMAS J. FORD, ESQ., 141 Tremont Street,
           Suite 400, Boston, Massachusetts 02111, on behalf
19         of the Manuel Lamont Mendes

20              LAREDO & SMITH, LLP (By Mark D. Smith,
           Esq.), 15 Broad Street, Suite 600, Boston,
21         Massachusetts 02109, on behalf of Christopher
           Custer
22

23
                                            1 Courthouse Way
24                                          Boston, Massachusetts

25                                          April 6, 2005
```

```
 1
 2            A P P E A R A N C E S (Cont'd)
 3
 4
           JOHN H. LaCHANCE, ESQ., 600 Worcester Road,
 5   Suite 501, Framingham, Massachusetts 01702, on
     behalf of Carmen Figueroa
 6
           FEDERAL DEFENDER'S OFFICE (By Page Kelley,
 7   Esq.), 408 Atlantic Avenue, Third Floor, Boston,
     Massachusetts 02210, on behalf of Desiree Alves
 8
           GOODWIN PROCTER, LLP (By David J. Apfel,
 9   Esq. and Jennifer W. Fischesser, Esq.), Exchange
     Place, Boston, Massachusetts 02109-2881, on behalf
10   of William Tejeda
11         LAW OFFICES OF MICHAEL C. ANDREWS (By
     Michael C. Andrews, Esq.), 21 Custom House Street,
12   Suite 920, Boston, Massachusetts 02110, on behalf
     of Jennifer Pavao
13
14
15
16
17
18
19
20
21
22
23
24
25
```