```
 1                  UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF MASSACHUSETTS
 2
                                              Criminal No.
 3                                            04-10098-WGY

 4
     * * * * * * * * * * * * * * * *
 5                                  *
     UNITED STATES OF AMERICA       *
 6                                  *
     v.                             *   SCHEDULING
 7                                  *   CONFERENCE
     MANUEL LAMONT MENDES           *
 8   CHRISTOPHER CUSTER             *
     WILLIAM TEJEDA                 *
 9                                  *
     * * * * * * * * * * * * * * * *
10
              BEFORE:  The Honorable William G. Young,
11                          District Judge

12
     APPEARANCES:
13
              SUSAN M. POSWISTILO, Assistant United
14       States Attorney, 1 Courthouse Way, Suite 9200,
         Boston, Massachusetts 02210, on behalf of the
15       Government

16            THOMAS J. FORD, ESQ., 141 Tremont Street,
         Suite 400, Boston, Massachusetts 02111, on behalf
17       of the Manuel Lamont Mendes

18            LAREDO & SMITH, LLP (By Mark Laredo,
         Esq.), 15 Broad Street, Suite 600, Boston,
19       Massachusetts 02109, on behalf of Christopher
         Custer
20
              GOODWIN PROCTER, LLP (By David J. Apfel,
21       Esq. and Jennifer W. Fischesser, Esq.), Exchange
         Place, Boston, Massachusetts 02109-2881, on behalf
22       of William Tejeda

23                                       1 Courthouse Way
                                         Boston, Massachusetts
24
25                                       July 8, 2005
```