```
 1                  UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF MASSACHUSETTS
 2

 3                                          Criminal No.
                                            04-10098-WGY
 4

     * * * * * * * * * * * * * * * *
 5                                    *   **MOTION TO SUPPRESS**
     UNITED STATES OF AMERICA         *       **(Volume 2)**
 6                                    *
     v.                               *   **TRANSCRIPT OF**
 7                                    *   **PRELIMINARY**
     CARMEN FIGUEROA and              *   **JURY INSTRUCTIONS**,
 8   WILLIAM TEJEDA                   *   **OPENING STATEMENTS**
                                      *   and **THE EVIDENCE**
 9   * * * * * * * * * * * * * * * *      **(Volume 2)**

10

11

12
                 BEFORE:  The Honorable William G. Young,
13                        District Judge, and a Jury

14

15

16   APPEARANCES:

17           SUSAN M. POSWISTILO and NANCY RUE,
     Assistant United States Attorneys, 1 Courthouse
18   Way, Suite 9200, Boston, Massachusetts 02210, on
     behalf of the Government
19
             JOHN H. LaCHANCE, ESQ., 600 Worcester Road,
20   Suite 501, Framingham, Massachusetts 01702, on
     behalf of Carmen Figueroa
21
             GOODWIN PROCTER, LLP (By David J. Apfel,
22   Esq. and Jennifer W. Fischesser, Esq.), Exchange
     Place, Boston, Massachusetts 02109-2881, on behalf
23   of William Tejeda

24                                          1 Courthouse Way
                                            Boston, Massachusetts
25
                                            May 4, 2005
```

```
                        I N D E X

                    MOTION TO SUPPRESS


WITNESS:             DIRECT   CROSS    REDIRECT   RECROSS


BRIAN J. GUINEY, Resumed

 By Mr. Apfel                  6


                                        FOR        IN

    EXHIBITS:                           I.D.       EVID.


C        Drug Test Results . . . . . . . . . . . . . 6
```

**I N D E X**

**JURY TRIAL**

Preliminary Jury Instructions . . . . . . . . . . . . 16

Opening Statement by Ms. Rue . . . . . . . . . . . 35

Opening Statement by Mr. LaChance . . . . . . . . . 47

Opening Statement by Mr. Apfel . . . . . . . . . . 53


**WITNESS:**           **DIRECT**    **CROSS**     **REDIRECT**    **RECROSS**

SEAN BALCOM

  By Ms. Poswistilo   62

                                                  FOR       IN

  **EXHIBITS:**                                   **I.D.**     **EVID.**

3    Call Number 81 . . . . . . . . . . . . . . . . 75

A    Transcript . . . . . . . . . . . . . . 75

4    Call Number 82 . . . . . . . . . . . . . . . . 78

6    Call Number 83 . . . . . . . . . . . . . . . . 78

7    Call Number 99 . . . . . . . . . . . . . . . . 78

8    Call Number 103 . . . . . . . . . . . . . . . 78

9    Call Number 104 . . . . . . . . . . . . . . . 78

B-G  Transcripts . . . . . . . . . . . . . . 78

1    Photograph . . . . . . . . . . . . . . . . . . 97

2    Photograph . . . . . . . . . . . . . . . . . . 97