```
                  UNITED STATES DISTRICT COURT
                FOR THE DISTRICT OF MASSACHUSETTS


                                            Criminal No.
                                            04-10098-WGY


* * * * * * * * * * * * * * * *
                               *
UNITED STATES OF AMERICA       *
                               *
v.                             *   HEARING
                               *
MANUEL LAMONT MENDES           *
CHRISTOPHER CUSTER             *
WILLIAM TEJEDA                 *
JENNIFER PAVAO                 *
                               *
* * * * * * * * * * * * * * * *



            BEFORE:  The Honorable William G. Young,
                            District Judge



APPEARANCES:

            SUSAN M. POSWISTILO, Assistant United
    States Attorney, 1 Courthouse Way, Suite 9200,
    Boston, Massachusetts 02210, on behalf of the
    Government

            THOMAS J. FORD, ESQ., 141 Tremont Street,
    Suite 400, Boston, Massachusetts 02111, on behalf
    of Manuel Lamont Mendes

            LAREDO & SMITH, LLP (By Mark D. Smith,
    Esq.), 15 Broad Street, Suite 600, Boston,
    Massachusetts 02109, on behalf of Christopher
    Custer


                                       1 Courthouse Way
                                       Boston, Massachusetts

                                       September 22, 2005
```

```
 1              A P P E A R A N C E S  (Cont'd)

 2

 3           GOODWIN PROCTER, LLP (By David J. Apfel,
     Esq., Jennifer L. Chunias and William J. Trach,
 4   Esq.), Exchange Place, Boston, Massachusetts
     02109-2881, on behalf of William Tejeda
 5
             LAW OFFICES OF MICHAEL C. ANDREWS (By
 6   Michael C. Andrews, Esq.), 21 Custom House Street,
     Suite 920, Boston, Massachusetts 02110, on behalf
 7   of Jennifer Pavao

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```