# PSI
## Psychological Services, Inc.

John Daignault, Psy.D.

Ronald Ebert, Ph.D.

March 24, 2006

Honorable William J. Young
Chief Justice
United States District Court
One Courthouse Way
Boston, MA 02210

RE: **Christopher Custer**

Dear Judge Young:

I have conducted a psychological assessment of Christopher Custer at the request of his attorney, Gregory Massing. I interviewed Mr. Custer twice: on 11/10/05 and 3/17/06 and I administered a psychological test (MCMI-III). I also reviewed records made available by Attorney Massing.

Mr. Custer presents as a bright, anxious young man with a history of significant, early trauma. At the age of 9 he was present when police shot and killed his older brother following a dispute between his brother and his girlfriend. He never received counseling and not unexpectedly, his school performance declined, together with increased behavioral acting out. At 17 his parents lost their home due to financial reverses and were forced to live, initially in a campground and then in low-income housing. This crisis resulted in the dissolution of his parent's marriage. Mr. Custer's behavior continued to decline, resulting in being expelled from school and living with various friends- this began a life of wandering and drug abuse, culminating in his current charges.

My assessment, supported by testing is that he currently suffers from post-traumatic stress disorder, generalized anxiety disorder and psychoactive substance abuse. His remarkably low self esteem and fear of failure and consequent humiliation has led him to a life of solitude and existing on the edge of family and society- chronically lonely, isolated and under-achieving. He is frequently depressed and morose, with symptoms of chronic anxiety (headache, fatigue and chest palpitations) and posttraumatic stress disorder (nightmares, flashbacks, avoidance, moments of terror) and it is likely that he self-medicates with illicit substances to ineffectually try to deal with this chronic pain.

He has never received (or accepted) treatment for his problems, yet with appropriate medication and counseling, these problems can be readily treated. With such treatment

222 Forbes Road, Suite 105, Braintree, MA 02184
Telephone (781) 843-8100 ■ Facsimile (781) 843-3111

**PSI**
Psychological Services, Inc.

he could begin to face his low self esteem and chronic underachievement and be in a position to rehabilitate himself end re-enter society.

Yours truly,

Ronald S. Ebert, Ph.D.
Diplomate in Forensic Psychology, American
Board of Professional Psychology
Director, Psychological Services, Inc.
Senior Consulting Forensic Psychologist, McLean Hospital
Psychologist, Harvard Medical School

RSE/ys