```
 1              UNITED STATES DISTRICT COURT
             FOR THE DISTRICT OF MASSACHUSETTS
 2
                                        Criminal No.
 3                                      04-10098-WGY

 4

 5

 6   * * * * * * * * * * * * * * * *
                                    *
 7   UNITED STATES OF AMERICA       *
                                    *
 8   v.                             *   SENTENCING EXCERPT
                                    *
 9   CHRISTOPHER CUSTER             *
                                    *
10   * * * * * * * * * * * * * * * *

11

12            BEFORE:  The Honorable William G. Young,
                              District Judge
13

14

15

16

17

18

19

20

21

22

23

24                                      1 Courthouse Way
                                        Boston, Massachusetts
25
                                        March 28, 2006
```

```
 1            THE COURT:  Mr. Christopher Custer, in
 2   consideration of the offense of which you stand convicted,
 3   the information from the United States Attorney, your
 4   attorney, the probation officer and yourself, this Court
 5   sentences you to 25 years in the custody of the United
 6   States Attorney General.  The Court thereafter imposes upon
 7   you a term of five years' supervised release.  The Court
 8   imposes no fine due to your inability to pay a fine.  The
 9   Court imposes a $100 special assessment as required by the
10   law.
11            The special conditions of your supervised release
12   are that you submit to the collection of a DNA sample as
13   directed by the probation office.  You're to participate in
14   a program for substance abuse and mental health treatment,
15   which program may include testing not to exceed 104 drug
16   tests per year.  You're to contribute to the extent of your
17   ability to the costs of that program.  You're not to consume
18   any alcohol or alcoholic beverages during the period of your
19   supervised release.
20            Let me explain this sentence to you.  You were at
21   the very center of a significant drug trafficking operation
22   in crack cocaine, one of the most addictive and harmful
23   substances known to our society.  What's more, you involved
24   your girlfriend in this illegal conduct -- illegal activity
25   significantly impairing the chances that you may have --
```

```
 1    that she might otherwise have had.
 2             You have a lengthy criminal record.  You have in
 3    the courts of the Commonwealth been given chance after
 4    chance.  This Court imposes this sentence consistent with,
 5    first, what I believe to be the congressional objectives set
 6    forth in Section 3553(a) and as the First Circuit requires
 7    giving primary emphasis to the sentencing guidelines as set
 8    forth by the sentencing commission.
 9             Nevertheless, to go 27 years is greater than
10    necessary to accomplish the objective set forth in 3553(a).
11    This 25-year term of incarceration, the first long-term
12    custodial sentence ever imposed upon you, Mr. Custer, is an
13    adequate punishment, a suitable specific deterrent.  Any
14    longer term of incarceration is not required to protect
15    society.
16             Having said all that, the omission of any reference
17    to rehabilitation is, sadly, intentional.  A sentence of 25
18    years on an individual of your age, sir, holds out no
19    particular prospect of rehabilitation.  And we kid ourselves
20    if we think that sentences this long as advised by congress
21    and the sentencing commission will in fact rehabilitate
22    people who are sent away for such a period.
23             You will have credit toward the service of that
24    sentence for the period from March 16th to April 22nd, 2004,
25    and from May 6th, 2005 to the present.
```

1   You have the right to appeal from any findings or
2   rulings this Court has made against you.  Should you appeal
3   and should your appeal be successful in whole or in part any
4   resentence will be accomplished before another judge.
5   Now, both you, Mr. Custer, and the government,
6   because I have deviated under the provisions of the Booker
7   case, have the right to appeal this sentence.  If either
8   side appeals, I want you to order the transcript before
9   filing the notice of appeal.  I will immediately allow it.
10  That's to make things move along quickly.  If you appeal and
11  I lose jurisdiction, it will be about a month before the
12  Court of Appeals allows the preparation of the transcript.
13  Do you understand, Ms. Poswistilo?
14  **MS. POSWISTILO:**  Yes, your Honor.
15  **THE COURT:**  Do you understand, Mr. Smith?
16  **MR. SMITH:**  Yes, your Honor.
17  **THE COURT:**  That's the direction.
18  He's remanded to the custody of the marshals.
19  We'll recess.
20  **THE CLERK:**  All rise.  Court is in recess.
21  (Whereupon the matter concluded.)
22
23
24
25