UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.  )<br>)<br>CHRISTOPHER CUSTER,  )<br>)<br>Defendant  )  | Crim. No. 04-10098-WGY |

DEFENDANT CHRISTOPHER CUSTER'S MOTION FOR FUNDS FOR TRANSCRIPTS

Pursuant to the Criminal Justice Act, 18 U.S.C. § 3006A, defendant Christopher Custer hereby moves that this Court authorize the expenditure of such funds as may be required to obtain a transcript of his sentencing hearing in the above-captioned case, as well as transcripts of the sentencing hearings of all of his co-defendants. In support of this Motion, Mr. Custer states:

1. Mr. Custer was charged in a superseding indictment with one count of conspiracy to possess, with the intent to distribute, cocaine base. Mr. Custer and Co-defendants Manuel Mendes, Jennifer Pavao and Desiree Alves pled guilty to the charge in the superseding indictment. William Tejeda and co-defendant Carmen Figueroa were tried and convicted on this charge.

2. Mr. Custer was sentenced on March 28, 2006. Co-defendant Tejeda was sentenced on March 30, 2006. Co-defendant Alves was sentenced on March 29, 2006. Co-defendant Mendes is scheduled to be sentenced on April 4, 2006. Co-defendants Pavao and Figueroa are scheduled to be sentenced on May 1, 2006.

3. The sentencing transcripts are necessary for Mr. Custer to prepare his appeal to the First Circuit Court of Appeals.

WHEREFORE, Mr. Custer respectfully requests that the Court authorize the expenditure of such funds as may be required to enable him to obtain a transcript of his sentencing hearing as well as transcripts of the sentencing hearings of all of his co-defendants.

        Respectfully submitted,

        CHRISTOPHER CUSTER

        By his attorney,

        /s/ Mark D. Smith
        Mark D. Smith, BBO # 542676
        Laredo & Smith, LLP
        15 Broad Street, Suite 600
        Boston, MA 0210911
        (617) 367-7984

Dated: April 4, 2006

CERTIFICATE OF SERVICE

      I hereby certify that this document has been filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF). In addition, paper copies will be sent via first class mail on April 4, 2006 to those indicated as non-registered participants.

                                        /s/ Mark D. Smith
                                        Mark D. Smith

April 4, 2006