UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

_____

CRIMINAL NO. 04-10098-WGY
_____

UNITED STATES

v.

CHRISTOPHER CUSTER

_____

**NOTICE OF APPEAL**

Pursuant to Rules 3 and 4 of the Federal Rules of Appellate Procedure, the defendant Christopher Custer hereby appeals to the United States Court of Appeals for the First Circuit from the findings, rulings, and sentence imposed by the Court on March 28, 2006, and from the resulting Judgment entered on March 29, 2006.

        Respectfully submitted
        The defendant Christopher Custer
        By his counsel


        /s/ Mark D. Smith
        Mark D. Smith, BBO#: 542676
        Laredo & Smith, LLP
        15 Broad Street, Suite 600
        Boston, MA 02109
        (617) 367-7984

Dated: April 5, 2006

CERTIFICATE OF SERVICE

      I hereby certify that this document has been filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF). In addition, paper copies will be sent via first class mail on April 5, 2006 to those indicated as non-registered participants.

/s/ Mark D. Smith
Mark D. Smith

April 5, 2006