## *UNITED STATES DISTRICT COURT*
## *DISTRICT OF MASSACHUSETTS*

USDC Docket Number :  CR 04-10098-WGY

UNITED   STATES  OF  AMERICA

v.

CHRISTOPHER   CUSTER

### CLERK'S CERTIFICATE

I, Sarah A. Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents numbered:

1,2,4,5-10, 13-47, 50-72, 74-88, 90-106, 108-120, 123-137, 140-167, 169-173, 175-177
179-193, 196, 199, 200

and contained in Volume(s)  1 - 6  are the original or electronically filed  pleadings and constitute the record on appeal in the above entitled case for the Notice of Appeal filed on  April 5, 2006
.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on May 19, 2006.

Sarah A Thornton, Clerk of Court

By:
Catherine M. Gawlik, Deputy Clerk

Receipt of the documents in the above entitled
case is hereby acknowledged this date: _____.

_____
Deputy Clerk, US Court  of Appeals

Please complete the following information:

COURT OF APPEALS DOCKET NUMBER ASSIGNED:            _____

- 3/06