APPEAL, MAG

# United States District Court
# District of Massachusetts (Boston)
## CRIMINAL DOCKET FOR CASE #: 1:04-cr-10098-WGY-ALL

Case title: USA v. Mendes et al  
Magistrate judge case numbers: 1:04-mj-01038-JGD  
                                               1:04-mj-01049-JGD

Date Filed: 04/01/2004

Assigned to: Judge William G. Young

**Defendant**

**Manuel Lamont Mendes** (1)  
*TERMINATED: 04/05/2006*

represented by **Thomas J. Ford**  
141 Tremont Street  
Suite 400  
Boston, MA 02111  
617-542-6082  
Email: TFordAttorney@hotmail.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*  
*Designation: CJA Appointment*

**Pending Counts**

21:846...CONSPIRACY TO POSSESS WITH INTENT TO DISTRIBUTE COCAINE BASE  
(1ss)

**Disposition**

The defendant is committed to the custody of the BOP for 35 years consecutive to the sentence now being served in the state court to be followed by a term of Supervised Release for 10 years with special conditions. No Fine. Special Assessment of $100.

**Highest Offense Level (Opening)**

Felony

**Terminated Counts**

21:846 Conspiracy to Distribute, and to Possess with the Intent to Distribute, Cocaine  
(1)

21:846 Conspiracy to Distribute, and to Possess with Intent to Distribute Cocaine Base  
(1s)

**Disposition**

Dismissed upon filing superseding indictment

Dismissed upon filing of second superseding indictment

**Highest Offense Level (Terminated)**

Felony

| **Complaints** | **Disposition** |
|---|---|
| None | |

Assigned to: Judge William G. Young

**Defendant**

**Christopher Custer** (2)           represented by   **Mark D Smith**
*TERMINATED: 03/29/2006*                              Laredo & Smith, LLP
                                                      15 Broad St.
                                                      Suite 600
                                                      Boston, MA 02109
                                                      617-367-7984
                                                      Fax: 617-367-6475
                                                      Email: smith@laredosmith.com
                                                      *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*
                                                      *Designation: CJA Appointment*

**Pending Counts**                                    **Disposition**

21:846...CONSPIRACY TO POSSESS                        The defendant is committed to the
WITH INTENT TO DISTRIBUTE                             custody of the BOP for 300 months to
COCAINE BASE                                          be followed by a term of Supervised
(1ss)                                                 Release of 5 years with Special
                                                      Conditions. No Fine. Special
                                                      Assessment of $100.

**Highest Offense Level (Opening)**

Felony

**Terminated Counts**                                 **Disposition**

21:846 Conspiracy to Distribute, and to
Possess with the Intent to Distribute,                Dismissed upon filing of superseding
Cocaine                                               indictment
(1)

21:846 Conspiracy to Distribute, and to
Possess with Intent to Distribute                     Dismissed upon filing of superseding
Cocaine Base                                          indictment
(1s)

**Highest Offense Level (Terminated)**

Felony

| **Complaints** | **Disposition** |
|---|---|
| 21:841A=CD.F, 21:846=CD.F Dfts. unlawfully, knowingly, and intentionally conspire with each other, and others known and unknown, to possess and to possess with intent to distribute, cocaine, a schedule 11 controlled substance | |

Assigned to: Judge William G. Young

**Defendant**

**Carmen Figueroa** (3)   represented by **John H. LaChance**
John H. Lachance, Attorney at Law
600 Worcester Road
Suite 501
Framingham, MA 01701
508-879-5730
Fax: 508-879-2288
Email: jhlachance@aol.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

| **Pending Counts** | **Disposition** |
|---|---|
| 21:846 Conspiracy to Distribute, and to Possess with the Intent to Distribute, Cocaine (1) | |
| 21:846 Conspiracy to Distribute, and to Possess with Intent to Distribute Cocaine Base (1s) | |
| 21:846...CONSPIRACY TO POSSESS WITH INTENT TO DISTRIBUTE COCAINE BASE (1ss) | |

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
|---|---|
| 21:841A=CD.F, 21:846=CD.F Dfts. did unlawfully, knowingly, and intentionally conspire with each other, and others known and unknown, to possess, and to possess with intent to distribute, cocaine, a schedule II controlled substance | |

Assigned to: Judge William G. Young

**Defendant**

| | | |
|---|---|---|
| **Desiree Alves** (4)<br>*TERMINATED: 03/30/2006* | represented by | **Page Kelley**<br>Federal Defenders<br>408 Atlantic Avenue<br>Boston, MA 02210<br>617-223-8061<br>Fax: 617-223-8080<br>Email: page_kelley@fd.org<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Public Defender or Community Defender Appointment* |

| **Pending Counts** | **Disposition** |
|---|---|
| 21:846 Conspiracy to Distribute, and to Possess with the Intent to Distribute, Cocaine<br>(1) | Dismissed upon filing of superseding indictment |
| 21:846...CONSPIRACY TO POSSESS WITH INTENT TO DISTRIBUTE COCAINE BASE<br>(1ss) | The defendant is committed to the custody of the BOP for 36 months to be followed by a term of Supervised Release of 5 years with Special Conditions. No Fine. Special Assessment of $100. |

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| 21:846 Conspiracy to Distribute, and to | |

Possess with Intent to Distribute
Cocaine Base
(1s)

Dismissed upon filing superseding indictment

**Highest Offense Level (Terminated)**

Felony

**Complaints**

21:841A=CD.F, 21:846=CD.F Dfts. did unlawfully, knowingly, and intentionally conspire with each other, and others known and unknown to possess, and to possess with intent to distribute, cocaine a schedule 11 controlled substance

**Disposition**

Assigned to: Judge William G. Young

**Defendant**

**Wiliam Tejeda** (5)
*TERMINATED: 03/31/2006*

represented by **David J. Apfel**
Goodwin Procter, LLP
Exchange Place
53 State Street
Boston, MA 02109
617-570-1970
Fax: 617-227-8591
Email: dapfel@goodwinprocter.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

**Jennifer L. Chunias**
Goodwin Procter LLP
Exchange Place
53 State Street
Boston, MA 02109
617-570-8239
Fax: 617-523-1231
Email: jchunias@goodwinprocter.com
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Jennifer W. Fischesser**
Gadsby Hannah, LLP
225 Franklin Street
Boston, MA 02110
617-570-1000

Fax: 617-523-1231
Email: jfischesser@goodwinprocter.com
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

| **Pending Counts** | **Disposition** |
|---|---|
| 21:846 Conspiracy to Distribute, and to Possess with the Intent to Distribute, Cocaine (1) | Dismissed upon filing of superseding indictment |
| 21:846 Conspiracy to Distribute, and to Possess with Intent to Distribute Cocaine Base (1s) | Dismissed upon filing second superseding indictment |
| 21:846...CONSPIRACY TO POSSESS WITH INTENT TO DISTRIBUTE COCAINE BASE (1ss) | The defendant is committed to the custody of the BOP for 240 months to be followed by a term of Supervised Release of 5 years with Special Conditions. No Fine. Special Assessment of $100. |

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
|---|---|
| 21:841A=CD.F, 21:846=CD.F Dfts. did unlawfully, knowingly, and intentionally conspire with each other, and others known and unknown, to possess, and to possess with intent to distribute, cocaine, a schedule 11 controlled substance | |

Assigned to: Judge William G. Young

**Defendant**

**Jennifer Pavao (6)**            represented by **Michael C. Andrews**

*TERMINATED: 05/02/2006*

Law Offices of Michael C. Andrews
21 Custom House St.
Suite 920
Boston, MA 02110
617-951-0072
Fax: 617-443-1010
Email: MCADMASS@aol.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

**Pending Counts**

21:846...CONSPIRACY TO POSSESS WITH INTENT TO DISTRIBUTE COCAINE BASE
(1ss)

**Disposition**

The defendant is committed to the custody of the BOP for 36 months to be followed by a term of Supervised Release of 60 months with special conditions. No Fine. Special Assessment of $100.

**Highest Offense Level (Opening)**

Felony

**Terminated Counts**

21:846 Conspiracy to Distribute, and to Possess with the Intent to Distribute, Cocaine
(1)

21:846 Conspiracy to Distribute, and to Possess with Intent to Distribute Cocaine Base
(1s)

**Disposition**

Count 1 dismissed upon filing of Superseding Indictment

Count 1s dismissed upon filing of Second Superseding Indictment

**Highest Offense Level (Terminated)**

Felony

**Complaints**

21:846=CD.F Consipracty to possess with intent to distribute cocaine

**Disposition**

---

**Plaintiff**

USA                                    represented by    **Susan M. Poswistilo**
                                                         United States Attorney's Office
                                                         John Joseph Moakley Federal
                                                         Courthouse

1 Courthouse Way
Suite 9200
Boston, MA 02210
617-748-3267
Fax: 617-748-3675
Email: susan.poswistilo@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Nancy Rue**
United States Attorney's Office
John Joseph Moakley Federal
Courthouse
1 Courthouse Way
Suite 9200
Boston, MA 02210
617-748-3260
Fax: 617-748-3965
Email: nancy.rue@usdoj.gov
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 03/16/2004 | 1 | MOTION to Seal Case as to Christopher Custer, Carmen Figueroa, Desiree Alves, Wiliam Tejeda . (Smith3, Dianne)[1:04-mj-01038-JGD] (Entered: 03/16/2004) |
| 03/16/2004 |  | Judge Judith G. Dein : Endorsement on motion ORDER entered granting 1 Motion to Seal Case as to Christopher Custer (1), Carmen Figueroa (2), Desiree Alves (3), Wiliam Tejeda (4) (Smith3, Dianne)[1:04-mj-01038-JGD] (Entered: 03/16/2004) |
| 03/16/2004 | 2 | SEALED COMPLAINT as to Christopher Custer (1), Carmen Figueroa (2), Desiree Alves (3), Wiliam Tejeda (4). (Smith3, Dianne)[1:04-mj-01038-JGD] (Entered: 03/16/2004) |
| 03/16/2004 | 3 | AFFIDAVIT of Sean E. Balcom by USA as to Christopher Custer, Carmen Figueroa, Desiree Alves, Wiliam Tejeda 2 Complaint (Sealed) (Smith3, Dianne)[1:04-mj-01038-JGD] (Entered: 03/16/2004) |
| 03/16/2004 |  | Arrest Warrant Issued as to Christopher Custer. (Smith3, Dianne)[1:04-mj-01038-JGD] (Entered: 03/16/2004) |
| 03/16/2004 |  | Arrest Warrant Issued as to Carmen Figueroa. (Smith3, Dianne)[1:04-mj-01038-JGD] (Entered: 03/16/2004) |
| 03/16/2004 |  | Arrest Warrant Issued as to Desiree Alves. (Smith3, Dianne)[1:04-mj-01038-JGD] (Entered: 03/16/2004) |
| 03/16/2004 |  | Arrest Warrant Issued as to Wiliam Tejeda. (Smith3, Dianne)[1:04-mj-01038-JGD] (Entered: 03/16/2004) |

| | | |
|---|---|---|
| 03/17/2004 | 1 | COMPLAINT as to Jennifer Pavao (1), Catalin M. Canelo (2). (Flaherty, Elaine)[1:04-mj-01049-JGD] (Entered: 03/22/2004) |
| 03/17/2004 | 2 | AFFIDAVIT of Sean Balcom by USA as to Jennifer Pavao, Catalin M. Canelo 1 Complaint (Attachments: # 1)(Flaherty, Elaine)[1:04-mj-01049-JGD] (Entered: 03/22/2004) |
| 03/22/2004 | 4 | MOTION to Unseal Case as to Christopher Custer, Carmen Figueroa, Desiree Alves, Wiliam Tejeda by USA. (Smith3, Dianne)[1:04-mj-01038-JGD] (Entered: 03/29/2004) |
| 03/26/2004 |  | Judge Judith G. Dein : Endorsement on motion ORDER entered granting 4 Motion to Unseal Case as to Christopher Custer (1), Carmen Figueroa (2), Desiree Alves (3), Wiliam Tejeda (4) (Smith3, Dianne)[1:04-mj-01038-JGD] (Entered: 03/29/2004) |
| 04/02/2004 | 5 | INDICTMENT as to Manuel Lamont Mendes (1) count(s) 1, Christopher Custer (2) count(s) 1, Carmen Figueroa (3) count(s) 1, Desiree Alves (4) count(s) 1, Wiliam Tejeda (5) count(s) 1, Jennifer Pavao (6) count(s) 1. (Gawlik, Cathy) (Entered: 04/02/2004) |
| 04/02/2004 |  | Judge William G. Young : ORDER entered ORDER REFERRING CASE to Magistrate Judge Judith G. Dein Reason for referral: Arraignment and Bail ONLY as to Christopher Custer, Carmen Figueroa, Desiree Alves, Wiliam Tejeda, Jennifer Pavao, Manuel Lamont Mendes (Gawlik, Cathy) (Entered: 04/02/2004) |
| 04/05/2004 | 8 | Rule 5 Documents Received as to Christopher Custer (Bell, Marie) (Entered: 04/07/2004) |
| 04/05/2004 |  | Arrest of Christopher Custer on 3/17/04 in Southern District of New York. (Bell, Marie) (Entered: 04/07/2004) |
| 04/05/2004 | 9 | Rule 5 Documents Received as to Jennifer Pavao (Bell, Marie) (Entered: 04/07/2004) |
| 04/05/2004 |  | Arrest of Jennifer Pavao 3/16/04 in Southern District of New York. (Bell, Marie) (Entered: 04/07/2004) |
| 04/05/2004 | 10 | Rule 5 Documents Received as to Wiliam Tejeda (Bell, Marie) (Entered: 04/07/2004) |
| 04/05/2004 |  | Arrest of Wiliam Tejeda on 2/16/04 in Southern District of New York. (Bell, Marie) (Entered: 04/07/2004) |
| 04/06/2004 | 6 | Judge Judith G. Dein : ORDER entered INITIAL SCHEDULING ORDER as to Carmen Figueroa, Desiree Alves and Jennifer Pavao. (Dambrosio, Jolyne) (Entered: 04/06/2004) |
| 04/06/2004 | 7 | Judge Judith G. Dein : ORDER entered ORDER ON EXCLUDABLE DELAY as to Carmen Figueroa, Desiree Alves and Jennifer Pavao. Time excluded from 4/6/04 until 5/4/04. (Dambrosio, Jolyne) (Entered: 04/06/2004) |
| 04/06/2004 |  | Electronic Clerk's Notes for proceedings held before Judge Judith G. |

| | | |
|---|---|---|
| | | Dein :Arraignment as to Carmen Figueroa (3) Count 1 and Desiree Alves (4) Count 1 and Jennifer Pavao (6) Count 1 held on 4/6/2004; AUSA Poswistilo and Attorneys LaChance, Kelley and Andrews for the Dfts.; Dfts. plead not guilty and will proceed with automatic discovery; 1st status conference will be set by the District Court. (Court Reporter D.R..) (Quinn, Thomas) (Entered: 04/07/2004) |
| 04/07/2004 | | Attorney update in case as to Carmen Figueroa, Desiree Alves, Jennifer Pavao. Attorney John H. LaChance for Carmen Figueroa, Page Kelley for Desiree Alves, Michael C. Andrews for Jennifer Pavao added. (Quinn, Thomas) (Entered: 04/07/2004) |
| 04/07/2004 | | Electronic Clerk's Notes for proceedings held before Judge Judith G. Dein :Initial Appearance as to Christopher Custer, Wiliam Tejeda held on 4/7/2004; AUSA Poswistilo and Attorney David Apfel (CJA) for dft. Tejeda; Govt. moves for detention and continuace; Parties agree to 4/19/04 @ 2:30 pm. for Detention and arraignment; USMJ Dein will appoint counsel for dft. Custer and set arraignment for next week. (Court Reporter D.R..) (Quinn, Thomas) (Entered: 04/07/2004) |
| 04/07/2004 | | Attorney update in case as to Wiliam Tejeda. Attorney David J. Apfel for Wiliam Tejeda added. (Quinn, Thomas) (Entered: 04/15/2004) |
| 04/14/2004 | | Attorney update in case as to Christopher Custer. Attorney Mark D Smith for Christopher Custer added. (Quinn, Thomas) (Entered: 04/15/2004) |
| 04/15/2004 | | Electronic Clerk's Notes for proceedings held before Judge Judith G. Dein :Arraignment as to Christopher Custer (2) Count 1 held on 4/15/2004; AUSA Peabody and Attorney Mark Smith for the Dft.; Dft. pleads not guilty and will proceed with automatic discovery; 1st status conference is set for 5/18/04 @ 2:00pm. before USDJ Young; Dft. conditions of release were set in So. District of New York and have not been met to date; Dft. shall notify the court when conditions are satisfied to schedule release hearing. (Court Reporter D.R..) (Quinn, Thomas) (Entered: 04/15/2004) |
| 04/15/2004 | 13 | Judge Judith G. Dein : ORDER entered SCHEDULING ORDER as to Christopher Custer Status Conference set for 5/18/2004 02:00 PM in Courtroom 18 before Chief Judge William G. Young. (Quinn, Thomas) (Entered: 04/15/2004) |
| 04/15/2004 | 14 | Judge Judith G. Dein : ORDER entered ORDER ON EXCLUDABLE DELAY as to Christopher Custer Time excluded from 4/15/04 until 5/13/04. (Quinn, Thomas) (Entered: 04/15/2004) |
| 04/16/2004 | 15 | Judge William G. Young : ORDER entered SCHEDULING ORDER as to Christopher Custer, Carmen Figueroa, Desiree Alves, Wiliam Tejeda, Jennifer Pavao, Manuel Lamont Mendes Initial Status Conference set for 5/18/2004 02:00 PM in Courtroom 18 before Chief Judge William G. Young. (Smith, Bonnie) (Entered: 04/16/2004) |
| 04/19/2004 | | Electronic Clerk's Notes for proceedings held before Judge Judith G. Dein :Arraignment as to Wiliam Tejeda (5) Count 1 held on 4/19/2004, |

| | | |
|---|---|---|
| | | Detention Hearing as to Wiliam Tejeda held on 4/19/2004: AUSA Poswistilo; Attorney Apfel for the dft.; Dft. pleads not guilty and will proceed with automatic discovery; Govt. calls witness #1 (Balcom) direct exam; exhibits 1-4 admitted; cross exam; USMJ Dein hears closing arguments and takes matter under advisement; Pretrial services will interview dft. and report back to USMJ Dein. (Court Reporter D.R..) (Quinn, Thomas) (Entered: 04/19/2004) |
| 04/19/2004 | 16 | Judge Judith G. Dein : ORDER entered INITIAL SCHEDULING ORDER as to Wiliam Tejeda. Status Conference set for 5/18/2004 02:00 PM in Courtroom 18 before Chief Judge William G. Young. (Dambrosio, Jolyne) (Entered: 04/21/2004) |
| 04/19/2004 | 17 | Judge Judith G. Dein : ORDER entered ORDER ON EXCLUDABLE DELAY as to Wiliam Tejeda. Time excluded from 4/19/04 until 5/17/04. (Dambrosio, Jolyne) (Entered: 04/21/2004) |
| 04/28/2004 | | Electronic Clerk's Notes for proceedings held before Judge Judith G. Dein :Detention Hearing as to Wiliam Tejeda held on 4/28/2004; AUSA Poswistilo and Attorney Apfel for the dft.; pretrial services has issued report and conditions of release; USMJ Dein release dft on $50,000.00 bond with conditions of release. (Court Reporter D.R..) (Quinn, Thomas) (Entered: 04/28/2004) |
| 04/28/2004 | | Document #'s 11, 12 and Electronic Order deleted per order of Judge Young. Documents UNDER SEAL. (Bell, Marie) (Entered: 04/28/2004) |
| 04/28/2004 | 18 | Appearance Bond Entered as to Wiliam Tejeda in amount of $ 50,000.00, (Quinn, Thomas) (Entered: 04/29/2004) |
| 04/28/2004 | 19 | Judge Judith G. Dein : ORDER entered ORDER Setting Conditions of Release (Quinn, Thomas) (Entered: 04/29/2004) |
| 04/28/2004 | 20 | Application for Writ of Habeas Corpus ad Prosequendum as to Manuel Lamont Mendes (Quinn, Thomas) (Entered: 04/30/2004) |
| 04/28/2004 | 21 | Writ of Habeas Corpus ad Prosequendum Issued as to Manuel Lamont Mendes for 4/29/04 (Quinn, Thomas) (Entered: 04/30/2004) |
| 04/29/2004 | | Electronic Clerk's Notes for proceedings held before Judge Judith G. Dein :Initial Appearance and Arraignment as to Manuel Lamont Mendes (1) Count 1 held on 4/29/2004,;AUSA Poswistilo and CJA Attorney Thos Ford for the dft.; dft. requests counsel and counsel is appointed; Govt. moves for detention and continuance until issue is ripe; the dft. signs IAD Waiver; Dft. pleads not guilty and will proceed with automatic discovery; 1st status conference is set for 5/18/04 @ 2:00pm. before USDJ Young. (Court Reporter D.R..) (Quinn, Thomas) (Entered: 04/30/2004) |
| 04/29/2004 | 22 | CJA 23 Financial Affidavit by Manuel Lamont Mendes (Quinn, Thomas) (Entered: 04/30/2004) |
| 04/29/2004 | | Attorney update in case as to Manuel Lamont Mendes. Attorney Thomas J. Ford for Manuel Lamont Mendes added. (Quinn, Thomas) (Entered: |

|  |  | 04/30/2004) |
|---|---|---|
| 04/29/2004 | 23 | WAIVER of Rights Under Interstate Agreement on Detainers by Manuel Lamont Mendes - (Quinn, Thomas) (Entered: 04/30/2004) |
| 04/29/2004 | 24 | Judge Judith G. Dein : ORDER entered SCHEDULING ORDER as to Manuel Lamont Mendes Status Conference set for 5/18/2004 02:00 PM in Courtroom 18 before Chief Judge William G. Young. (Quinn, Thomas) (Entered: 04/30/2004) |
| 04/29/2004 | 25 | Judge Judith G. Dein : ORDER entered ORDER ON EXCLUDABLE DELAY as to Manuel Lamont Mendes Time excluded from 4/29/04 until 5/27/04. (Quinn, Thomas) (Entered: 04/30/2004) |
| 04/29/2004 | 26 | Judge Judith G. Dein : ORDER entered ORDER OF DETENTION ( USA v King) as to Manuel Lamont Mendes (Quinn, Thomas) (Entered: 04/30/2004) |
| 04/29/2004 | 27 | Letter (non-motion) regarding Non-Waiver of Automatic Discovery and Request for Additional Discovery as to Wiliam Tejeda (Bell, Marie) (Entered: 05/04/2004) |
| 05/12/2004 | 28 | INFORMATION TO ESTABLISH PRIOR CONVICTION as to Manuel Lamont Mendes (Poswistilo, Susan) (Entered: 05/12/2004) |
| 05/14/2004 | 29 | SUPERSEDING INDICTMENT as to Manuel Lamont Mendes (1) count(s) 1s, Christopher Custer (2) count(s) 1s, Carmen Figueroa (3) count(s) 1s, Desiree Alves (4) count(s) 1s, Wiliam Tejeda (5) count(s) 1s, Jennifer Pavao (6) count(s) 1s. (Gawlik, Cathy) (Entered: 05/18/2004) |
| 05/14/2004 |  | Judge William G. Young : ORDER entered ORDER REFERRING CASE to Magistrate Judge Judith G. Dein Reason for referral: Arraignment and Bail ONLY re Superseding Indictment as to Christopher Custer, Carmen Figueroa, Desiree Alves, Wiliam Tejeda, Jennifer Pavao, Manuel Lamont Mendes (Gawlik, Cathy) (Entered: 05/18/2004) |
| 05/18/2004 |  | Electronic Clerk's Notes for proceedings held before Judge Judith G. Dein :Arraignment as to Christopher Custer (2) Count 1s and Carmen Figueroa (3) Count 1s and Desiree Alves (4) Count 1s and Wiliam Tejeda (5) Count 1s and Jennifer Pavao (6) Count 1s held on 5/18/2004; AUSA Poswistilo and Attorneys Smith, LaChance, Kelley, Apfel and Andrews for the dfts.; Dfts. plead not guilty. (Court Reporter D.R..) (Quinn, Thomas) (Entered: 05/18/2004) |
| 05/18/2004 |  | ELECTRONIC Clerk's Notes for proceedings held before Judge William G. Young :Scheduling Conference as to Christopher Custer, Carmen Figueroa, Desiree Alves, Wiliam Tejeda, Jennifer Pavao, Manuel Lamont Mendes held on 5/18/2004 Pretrial Conference set for 4/4/2005 02:00 PM before Chief Judge William G. Young. Jury Trial set for 5/2/2005 09:00 AM before Chief Judge William G. Young. (Court Reporter WOMACK.) (Smith, Bonnie) (Entered: 05/20/2004) |
| 05/20/2004 | 30 | Judge William G. Young : ORDER entered SCHEDULING ORDER as |

| | | |
|---|---|---|
| | | to Christopher Custer, Carmen Figueroa, Desiree Alves, Wiliam Tejeda, Jennifer Pavao, Manuel Lamont Mendes Defendants have an additonal 60 days to file discovery letter. TheCourt Orders Conditons of Release for Dft. Figueroa amended as follows: Dft Figueroa may reside with Mrs. Mendes, but is to have no telephone contact with Dft. Manuel Mendes. cc/cl (Smith, Bonnie) (Entered: 05/20/2004) |
| 05/26/2004 | | Electronic Clerk's Notes for proceedings held before Judge Judith G. Dein :Arraignment as to Manuel Lamont Mendes (1) Count 1s held on 5/26/2004; AUSA Poswistilo and Attorney Ford for the Dft.; Dft. Mendes pleads not guilty and will proceed with automatic discovery; All further scheduling will be done by USDJ Young. (Court Reporter D.R..) (Quinn, Thomas) (Entered: 05/27/2004) |
| 06/04/2004 | 32 | NOTICE re automatic disclosure as to Christopher Custer, Carmen Figueroa, Desiree Alves, Wiliam Tejeda, Jennifer Pavao, Manuel Lamont Mendes (Bell, Marie) (Entered: 06/10/2004) |
| 06/07/2004 | 31 | NOTICE re automatic disclosure as to Christopher Custer, Carmen Figueroa, Desiree Alves, Wiliam Tejeda, Jennifer Pavao, Manuel Lamont Mendes (Bell, Marie) (Entered: 06/08/2004) |
| 07/21/2004 | 33 | Assented to MOTION to Continue to 7/28/04 to File a discovery letter as to Desiree Alves. (Kelley, Page) (Entered: 07/21/2004) |
| 07/22/2004 | 34 | MOTION for Discovery *Discovery Letter* as to Christopher Custer. (Smith, Mark) (Entered: 07/22/2004) |
| 07/27/2004 | 35 | Letter (non-motion)by Jennifer Pavao to Susan Poswistilo regarding Request for Discovery Letter.(Bell, Marie) (Entered: 08/03/2004) |
| 09/07/2004 | 36 | MOTION to Appoint Counsel as to Manuel Lamont Mendes . (Smith, Bonnie) (Entered: 09/07/2004) |
| 09/07/2004 | | Judge William G. Young : ELECTRONIC ORDER entered denying 36 Motion to Appoint Counsel as to Manuel Lamont Mendes (1)COUNSEL TtHOMAS FORD HAS BEEN APPOINTED (Smith, Bonnie) (Entered: 09/07/2004) |
| 12/06/2004 | 37 | MOTION to Modify Conditions of Release as to Wiliam Tejeda . (Smith, Bonnie) (Entered: 12/08/2004) |
| 12/08/2004 | | Judge Judith G. Dein : Electronic ORDER entered granting 37 Motion to Modify Conditions of Release as to Wiliam Tejeda (5). Curfew and electronic monitoring conditions withdrawn. Defendant is to report to Pre-Trial Services twice per week, or as ordered by Pre-Trial Services, and to notify Pre-Trial Services of any change in his hours of employment. (Dambrosio, Jolyne) (Entered: 12/08/2004) |
| 02/28/2005 | 38 | MOTION for Extension of Time to 3/17/05 to File Substantive Motions as to Christopher Custer, Carmen Figueroa, Desiree Alves, Wiliam Tejeda, Jennifer Pavao, Manuel Lamont Mendes. c/s.. (Bell, Marie) (Entered: 03/03/2005) |

| | | |
|---|---|---|
| 03/07/2005 | | Judge William G. Young : Electronic ORDER entered granting 38 Motion for Extension of Time to 3/17/05 to File Substantive Motions as to Manuel Lamont Mendes (1), Christopher Custer (2), Desiree Alves (4), Wiliam Tejeda (5), Jennifer Pavao (6) (Smith, Bonnie) . (Entered: 03/07/2005) |
| 03/17/2005 | 39 | NOTICE OF ATTORNEY APPEARANCE: Jennifer W. Fischesser appearing for Wiliam Tejeda (Fischesser, Jennifer) (Entered: 03/17/2005) |
| 03/17/2005 | 40 | NOTICE *Of Joinder In Substantive Motions Of Co-Defendants* by Wiliam Tejeda (Apfel, David) (Entered: 03/17/2005) |
| 03/17/2005 | 41 | MOTION to Suppress *Evidence Seized From Locker And Statements Purportedly Made* as to Wiliam Tejeda. (Apfel, David) (Entered: 03/17/2005) |
| 03/17/2005 | 42 | MOTION to Suppress *Evidence Obtained As A Result Of Unlawful Seizure Of Car On February 10, 2004* as to Wiliam Tejeda. (Apfel, David) (Entered: 03/17/2005) |
| 03/17/2005 | 43 | MOTION to Sever Defendant as to Wiliam Tejeda. (Apfel, David) (Entered: 03/17/2005) |
| 03/17/2005 | 44 | MEMORANDUM in Support by Wiliam Tejeda re 41 MOTION to Suppress *Evidence Seized From Locker And Statements Purportedly Made* (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C)(Apfel, David) (Entered: 03/17/2005) |
| 03/17/2005 | 53 | MOTION to Suppress Post-Arrest Statements and Request for Hearing as to Christopher Custer. c/s.. (Bell, Marie) (Entered: 03/18/2005) |
| 03/17/2005 | 54 | MEMORANDUM in Support by Christopher Custer re 53 MOTION to Suppress (Attachments: # 1 Exhibit A)(Bell, Marie) (Entered: 03/18/2005) |
| 03/17/2005 | 55 | MOTION to Sever Defendants as to Christopher Custer. c/s.(Bell, Marie) (Entered: 03/18/2005) |
| 03/17/2005 | 56 | MEMORANDUM in Support by Christopher Custer re 55 MOTION to Sever DefendantS (Attachments: # 1 Exhibit A)(Bell, Marie) (Entered: 03/18/2005) |
| 03/17/2005 | 57 | MOTION to Suppress Evidence Obtained from 18 Murphy Road, Hyannis, Massachusetts and Request for Hearingas to Christopher Custer. c/s.(Bell, Marie) (Entered: 03/18/2005) |
| 03/17/2005 | 59 | MEMORANDUM in Support by Christopher Custer re 57 MOTION to Suppress (Attachments: # 1 Exhibit A# 2 Exhibit B)(Bell, Marie) (Entered: 03/18/2005) |
| 03/17/2005 | 60 | MOTION to Suppress Evidence (GPS Device) and Request for Hearingas to Christopher Custer. c/s.(Bell, Marie) (Entered: 03/18/2005) |
| 03/17/2005 | 61 | MEMORANDUM in Support by Christopher Custer re 60 MOTION to Suppress (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C# 4 |

| | | |
|---|---|---|
| | | Exhibit D# 5 Exhibit E# 6 Exhibit F# 7 Exhibit G# 8 Exhibit H)(Bell, Marie) (Entered: 03/18/2005) |
| 03/17/2005 | 62 | MOTION to Suppress Evidence and Request for Hearing as to Christopher Custer. c/s.(Bell, Marie) (Entered: 03/18/2005) |
| 03/17/2005 | 63 | MEMORANDUM in Support by Christopher Custer re 62 MOTION to Suppress (Attachments: # 1 Exhibit A# 2 Exhibit B)(Bell, Marie) (Entered: 03/18/2005) |
| 03/17/2005 | 64 | MOTION for Joinder in Substantive Motions of Co-Defendants as to Christopher Custer. (Bell, Marie) (Entered: 03/18/2005) |
| 03/17/2005 | 65 | AFFIRMATION of Mark D. Smith as to Christopher Custer (Bell, Marie) (Entered: 03/18/2005) |
| 03/18/2005 | 45 | ******SEALED DOCUMENT****** MOTION to Suppress as to Carmen Figueroa. (Bell, Marie) (Entered: 03/18/2005) |
| 03/18/2005 | 46 | ******SEALED DOCUMENT****** MEMORANDUM in Support by Carmen Figueroa re [45] MOTION to Suppress (Bell, Marie) (Entered: 03/18/2005) |
| 03/18/2005 | 47 | ******SEALED DOCUMENT******EXHIBITS re [45] ******SEALED DOCUMENT****** MOTION to Suppress filed by Carmen Figueroa, by Carmen Figueroa (Bell, Marie) (Entered: 03/18/2005) |
| 03/18/2005 | 50 | MOTION to Suppress *Prison Telephone Calls* as to Carmen Figueroa. (LaChance, John) (Entered: 03/18/2005) |
| 03/18/2005 | 51 | AFFIDAVIT of John H. LaChance by Carmen Figueroa 50 MOTION to Suppress *Prison Telephone Calls* filed by Carmen Figueroa, (LaChance, John) (Entered: 03/18/2005) |
| 03/18/2005 | 52 | MOTION for Joinder *in Co-defendant's Substantive Motions* as to Carmen Figueroa. (LaChance, John) (Entered: 03/18/2005) |
| 03/18/2005 | 58 | MOTION for Joinder *in Co-Defendants' Substantive Motions* as to Manuel Lamont Mendes. (Ford, Thomas) (Entered: 03/18/2005) |
| 03/18/2005 | 66 | MOTION for Joinder *in Co-Defendants' Motions* as to Desiree Alves. (Kelley, Page) (Entered: 03/18/2005) |
| 03/21/2005 | 67 | MOTION for Joinder *Defendant's Substantive Motions* as to Carmen Figueroa. (LaChance, John) (Entered: 03/21/2005) |
| 03/21/2005 | 68 | MOTION to Suppress *Prison Calls* as to Carmen Figueroa. (LaChance, John) (Entered: 03/21/2005) |
| 03/21/2005 | 69 | MOTION for Joinder as to Jennifer Pavao. (Andrews, Michael) (Entered: 03/21/2005) |
| 03/21/2005 | | Motions terminated as to Carmen Figueroa: 52 MOTION for Joinder *in Co-defendant's Substantive Motions* filed by Carmen Figueroa,, 50 |

| | | |
|---|---|---|
| | | MOTION to Suppress *Prison Telephone Calls* filed by Carmen Figueroa,. REFILED WITH SIGNATURE... SEE DOCUMENT #'S 67 AND 68. (Bell, Marie) (Entered: 03/21/2005) |
| 03/22/2005 | | Judge William G. Young : Electronic ORDER entered denying 43 Motion to Sever Defendant as to Wiliam Tejeda (5). cc/cl. (Bell, Marie) (Entered: 03/23/2005) |
| 03/22/2005 | | Judge William G. Young : Electronic ORDER entered granting 64 Motion for Joinder in Substantive Motions of Co-Defendants as to Christopher Custer (2). cc/cl (Bell, Marie) (Entered: 03/23/2005) |
| 03/22/2005 | | Judge William G. Young : Electronic ORDER entered Granting Assented to Motion to Impound Memorandum of Law In Support of Motion to Sever and Accompanying Exhibits (Doc. #48) as to Wiliam Tejeda. cc/cl. (Bell, Marie) (Entered: 03/23/2005) |
| 03/22/2005 | 70 | *****SEALED DOCUMENT***** MEMORANDUM in Support by Wiliam Tejeda re 43 MOTION to Sever Defendant (Bell, Marie) (Entered: 03/23/2005) |
| 03/22/2005 | | Judge William G. Young : Electronic ORDER entered Granting Motion to Impound Memorandum In Support of Motion to Suppress Evidence Obtained as a Result of Unlawful Seizure of Car on February 10, 2004 and Accompanying Exhibits (Doc. #49) as to Wiliam Tejeda. cc/cl. (Bell, Marie) (Entered: 03/23/2005) |
| 03/22/2005 | 71 | *****SEALED DOCUMENT***** MEMORANDUM in Support by Wiliam Tejeda re 42 MOTION to Suppress *Evidence Obtained As A Result Of Unlawful Seizure Of Car On February 10, 2004* (Bell, Marie) (Entered: 03/23/2005) |
| 03/22/2005 | | Judge William G. Young : Electronic ORDER entered granting 66 Motion for Joinder as to Desiree Alves (4). cc/cl. (Bell, Marie) (Entered: 03/23/2005) |
| 03/23/2005 | 72 | AFFIDAVIT of Carmen Figueroa by Carmen Figueroa 68 MOTION to Suppress *Prison Calls* filed by Carmen Figueroa, (LaChance, John) (Entered: 03/23/2005) |
| 03/24/2005 | | Judge William G. Young : Electronic ORDER entered granting 67 Motion for Joinder Defendant's Substantive Motions as to Carmen Figueroa (3. cc/cl. (Bell, Marie) (Entered: 03/29/2005) |
| 03/29/2005 | | NOTICE OF RESCHEDULING as to Christopher Custer, Carmen Figueroa, Desiree Alves, Wiliam Tejeda, Jennifer Pavao, Manuel Lamont Mendes Final Pretrial Conference RESET for 4/6/2005 02:30 PM before Chief Judge William G. Young. (Smith, Bonnie) (Entered: 03/29/2005) |
| 03/30/2005 | 73 | *****SEALED DOCUMENT ***** EX PARTE MOTION for Funds as to Carmen Figueroa. (Bell, Marie) (Entered: 03/30/2005) |
| 03/30/2005 | 74 | MOTION to Modify Conditions of Release as to Christopher Custer. (Smith, Mark) (Entered: 03/30/2005) |

| 03/31/2005 | 🔘 | Judge Judith G. Dein : Electronic ORDER entered granting 74 Motion to Modify Conditions of Release as to Christopher Custer (2) (Quinn, Thomas) (Entered: 03/31/2005) |
|---|---|---|
| 04/04/2005 | 🔘 75 | MOTION to Continue *Date in which to respond to defendants' motions to suppress* as to Christopher Custer, Carmen Figueroa, Desiree Alves, Wiliam Tejeda, Jennifer Pavao, Manuel Lamont Mendesby USA. (Poswistilo, Susan) (Entered: 04/04/2005) |
| 04/05/2005 | 🔘 | Judge William G. Young : Electronic ORDER entered granting 75 Assented to Motion to Continue Date to Respond to Motions to Suppress as to Manuel Lamont Mendes (1), Christopher Custer (2), Carmen Figueroa (3), Desiree Alves (4), Wiliam Tejeda (5), Jennifer Pavao (6). cc/cl. (Bell, Marie) (Entered: 04/05/2005) |
| 04/05/2005 | 🔘 | Judge William G. Young : Electronic ORDER entered granting [73] *****SEALED DOCUMENT***** Ex Parte Motion for Funds as to Carmen Figueroa (3). cc: John H. LaChance (Bell, Marie) (Entered: 04/06/2005) |
| 04/06/2005 | 🔘 | Electronic Clerk's Notes for proceedings held before Judge William G. Young :Pretrial Conference as to Christopher Custer, Carmen Figueroa, Desiree Alves, Wiliam Tejeda, Jennifer Pavao, Manuel Lamont Mendes held on 4/6/2005.Court sets hearing on the Motions to Suppress for April 29,2005 at 2PM. The Court will hear argument on the 2 motions that do not require evidence and then proceed to an evidentiary hearing which will continue to the next week if needed. Trial will empanel on Mon. May 2. Evidence will commence as soon as hearing on Motions to Suppress concludes. Trial expected to take 2 weeks. Deft.Alves is expected to render a change of plea prior to the commencement of trial. Court inquires of govt as to any enhancements and how the court will proceed relative to the enhancements. A pretrial order to issue. (Court Reporter Womack.) (Smith, Bonnie) (Entered: 04/07/2005) |
| 04/07/2005 | 🔘 | Judge William G. Young : Electronic ORDER entered. Evidentiary Hearing set for 4/29/2005 02:00 PM in Courtroom 18 before Chief Judge William G. Young. Jury Trial set for 5/2/2005 09:00 AM in Courtroom 18 before Chief Judge William G. Young. (Smith, Bonnie) (Entered: 04/07/2005) |
| 04/14/2005 | 🔘 | NOTICE OF RESCHEDULING AS TO TIME ONLY as to Christopher Custer, Carmen Figueroa, Wiliam Tejeda, Manuel Lamont MendesHearing on the Motions to Suppress set for 4/29/2005 at 11:00 AM in Courtroom 18 before Chief Judge William G. Young. PLEASE NOTE ONLY THE TIME HAS CHANGED.(Smith, Bonnie) (Entered: 04/14/2005) |
| 04/14/2005 | 🔘 76 | Second MOTION for Extension of Time to 4/21/2005 to File Response/Reply *to Defendants' Motions to Suppress* as to Christopher Custer, Carmen Figueroa, Desiree Alves, Wiliam Tejeda, Jennifer Pavao, Manuel Lamont Mendesby USA. (Poswistilo, Susan) (Entered: 04/14/2005) |

| | | |
|---|---|---|
| 04/19/2005 | | Judge William G. Young : Electronic ORDER entered granting 76 Motion for Extension of Time to File Response/Reply as to Christopher Custer (2), Carmen Figueroa (3), Desiree Alves (4), Wiliam Tejeda (5), Jennifer Pavao (6); granting in part and denying in part 76 Motion for Extension of Time to File Response/Reply as to Manuel Lamont Mendes (1) (Smith, Bonnie) (Entered: 04/19/2005) |
| 04/20/2005 | 77 | Joint MEMORANDUM in Support by Carmen Figueroa as to Christopher Custer, Carmen Figueroa, Desiree Alves, Wiliam Tejeda, Jennifer Pavao, Manuel Lamont Mendes re 68 MOTION to Suppress *Prison Calls* (LaChance, John) (Entered: 04/20/2005) |
| 04/20/2005 | 80 | SUPERSEDING INDICTMENT as to Manuel Lamont Mendes (1) count(s) 1ss, Christopher Custer (2) count(s) 1ss, Carmen Figueroa (3) count(s) 1ss, Desiree Alves (4) count(s) 1ss, Wiliam Tejeda (5) count(s) 1ss, Jennifer Pavao (6) count(s) 1ss. (Smith3, Dianne) (Entered: 04/21/2005) |
| 04/20/2005 | 81 | Judge William G. Young : ORDER entered. ORDER REFERRING CASE to Magistrate Judge Judith G. Dein Reason for referral: PRETRIAL as to Christopher Custer, Carmen Figueroa, Desiree Alves, Wiliam Tejeda, Jennifer Pavao, Manuel Lamont Mendes (Smith3, Dianne) (Entered: 04/21/2005) |
| 04/21/2005 | 78 | RESPONSE to Motion by USA as to Carmen Figueroa re 50 MOTION to Suppress *Prison Telephone Calls* (Attachments: # 1)(Poswistilo, Susan) (Entered: 04/21/2005) |
| 04/21/2005 | 79 | RESPONSE to Motion by USA as to Carmen Figueroa re [45] MOTION to Suppress *Wiretap Evidence* (Attachments: # 1)(Poswistilo, Susan) (Entered: 04/21/2005) |
| 04/25/2005 | 82 | NOTICE OF ATTORNEY APPEARANCE Nancy Rue appearing for USA. (Rue, Nancy) (Entered: 04/25/2005) |
| 04/25/2005 | 83 | EXHIBIT/WITNESS LIST by USA as to Carmen Figueroa, Manuel Lamont Mendes (Poswistilo, Susan) (Entered: 04/25/2005) |
| 04/25/2005 | 84 | EXHIBIT/WITNESS LIST by USA as to Carmen Figueroa, Manuel Lamont Mendes (Poswistilo, Susan) (Entered: 04/25/2005) |
| 04/25/2005 | 85 | Proposed Jury Instructions by USA as to Carmen Figueroa, Manuel Lamont Mendes (Poswistilo, Susan) (Entered: 04/25/2005) |
| 04/25/2005 | 86 | Proposed Voir Dire by USA as to Carmen Figueroa, Manuel Lamont Mendes (Poswistilo, Susan) (Entered: 04/25/2005) |
| 04/25/2005 | 87 | PLEA AGREEMENT as to Desiree Alves (Smith, Bonnie) (Entered: 04/26/2005) |
| 04/25/2005 | | Electronic Clerk's Notes for proceedings held before Judge William G. Young :Change of Plea Hearing as to Desiree Alves held on 4/25/2005 The Defendant is Sworn.The Court conducts plea colloquy with the defendant. After hearing the court reserves accepting a plea of Guilty until the date for sentencing which is 7/21/05 at 2PM. The defendant is |

| | | |
|---|---|---|
| | | released on same conditions of release. (Court Reporter Womack.) (Smith, Bonnie) (Entered: 04/26/2005) |
| 04/25/2005 | | Judge William G. Young : Electronic ORDER entered. PROCEDURAL ORDER re sentencing hearing as to Desiree Alves Plea and Sentence set for 7/21/2005 02:00 PM in Courtroom 21 before Chief Judge William G. Young. (Smith, Bonnie) (Entered: 04/26/2005) |
| 04/26/2005 | 88 | EXHIBIT/WITNESS LIST by USA as to Christopher Custer, Carmen Figueroa, Desiree Alves, Wiliam Tejeda, Jennifer Pavao, Manuel Lamont Mendes (Rue, Nancy) (Entered: 04/26/2005) |
| 04/27/2005 | | Judge William G. Young : Electronic ORDER entered, Allowing in part and Denying in part Ex Parte Motion as to Christopher Custer, Carmen Figueroa, Desiree Alves, Wiliam Tejeda, Jennifer Pavao, Manuel Lamont Mendes (Smith, Bonnie) (Entered: 04/27/2005) |
| 04/27/2005 | 90 | First MOTION to Continue *Trial* as to Carmen Figueroa. (LaChance, John) (Entered: 04/27/2005) |
| 04/27/2005 | 91 | EXHIBIT/WITNESS LIST by Carmen Figueroa (LaChance, John) (Entered: 04/27/2005) |
| 04/27/2005 | 92 | MOTION to Exclude *Psychiatric Evidence* as to Carmen Figueroaby USA. (Attachments: # 1 Exhibit Letter from Defense Counsel# 2 Exhibit United States v. McGuire (slip opinion))(Rue, Nancy) (Entered: 04/27/2005) |
| 04/28/2005 | | Judge William G. Young : Electronic ORDER entered denying 90 Motion to Continue trial as to Carmen Figueroa (3) (Smith, Bonnie) (Entered: 04/28/2005) |
| 04/28/2005 | 93 | EXHIBIT/WITNESS LIST by Carmen Figueroa (LaChance, John) (Entered: 04/28/2005) |
| 04/28/2005 | 94 | Proposed Voir Dire by Carmen Figueroa (LaChance, John) (Entered: 04/28/2005) |
| 04/29/2005 | | Electronic Clerk's Notes for proceedings held before Judge William G. Young :Arraignment to Superseding Indictment. Defendant Sworn. Court conducts plea colloquy with defendant. After hearing the Court accepts a plea of Guilty. Defendant waives the reading of the indictment in open court.Plea entered by Manuel Lamont Mendes (1) Guilty Count 1ss. Procedural Order re sentencing issued. Sentencing set for 7/19/05 at 2PM (Court Reporter Womack.) (Smith, Bonnie) (Entered: 04/29/2005) |
| 04/29/2005 | | Electronic Clerk's Notes for proceedings held before Judge William G. Young :Arraignment as to Jennifer Pavao (6) Count 1ss held on 4/29/2005 Plea agreement filed. Defendant Sworn. Court conducts plea colloquy with the defendant. After hearing the Court is prepared to accept a plea of Guilty but the defendant decides not to plead guilty at this time. The court will inquire again on Monday morning prior to the start of the trial. Trial to commence Monday 5/2/05 at 9AM. The defendant is released on same conditions of release. (Court Reporter Womack.) |

| | | |
|---|---|---|
| | | (Smith, Bonnie) (Entered: 04/29/2005) |
| 04/29/2005 | 95 | Judge William G. Young : ORDER entered. PROCEDURAL ORDER re sentencing hearing as to Manuel Lamont Mendes Sentencing set for 7/19/2005 02:00 PM in Courtroom 18 before Chief Judge William G. Young. (Smith, Bonnie) (Entered: 04/29/2005) |
| 04/29/2005 | 96 | PLEA AGREEMENT as to Jennifer Pavao (Smith, Bonnie) (Entered: 05/02/2005) |
| 05/02/2005 | | Electronic Clerk's Notes for proceedings held before Judge William G. Young :Arraignment as to Jennifer Pavao (6) Count 1ss held on 5/2/2005, Defendant reminded she is still under oath. Court reviews defendant's understanding of consequences.. After hearing the court accepts plea of Guilty. Plea entered by Jennifer Pavao (6) Guilty Count 1ss. Procedural Order re: sentencing issued. Sentencing set for 7/19/05 @ 2PM. The defendantis REMANDED to custody. (Court Reporter Womack.) (Smith, Bonnie) (Entered: 05/02/2005) |
| 05/02/2005 | | Electronic Clerk's Notes for proceedings held before Judge William G. Young :Hearing as to Christopher Custer held on 5/2/2005 Defense counsel is unable to appear on behalf of the defendant Custer due toillness. Atty Laredo appears instead of Att.Smith to explain the situation to the court. The Court will reschedule and conduct plea colloquy/arraignment on Friday May 6 at 2:30 PM (Court Reporter Womack.) (Smith, Bonnie) (Entered: 05/02/2005) |
| 05/02/2005 | | Electronic Clerk's Notes for proceedings held before Judge William G. Young :Court holds hearing and plea colloquy with defendant Tejada.Defendant Tejada chooses to go to trial.Voir Dire begun on 5/2/2005 Carmen Figueroa (3) on Count 1ss and William Tejeda (5) on Count 1ss Jury of 14 selected. Motions to Suppress will be heard at 10AM Tue.May 3, 2005. Jurors are instructed to report to court Wed. May 4, 2005 at 8:45. (Court Reporter Womack.) (Smith, Bonnie) (Entered: 05/02/2005) |
| 05/03/2005 | 97 | EXHIBIT/WITNESS LIST by USA as to Christopher Custer, Carmen Figueroa, Desiree Alves, Wiliam Tejeda, Jennifer Pavao, Manuel Lamont Mendes (Poswistilo, Susan) (Entered: 05/03/2005) |
| 05/03/2005 | | Electronic Clerk's Notes for proceedings held before Judge William G. Young :Motion Hearing as to Wiliam Tejeda held on 5/3/2005 re 41 MOTION to Suppress *Evidence Seized From Locker And Statements Purportedly Made* filed by Wiliam Tejeda,, 42 MOTION to Suppress *Evidence Obtained As A Result Of Unlawful Seizure Of Car On February 10, 2004* filed by Wiliam Tejeda, Government evidence commences. Hearing continues to 9AM tomorrow. (Court Reporter Womack.) (Smith, Bonnie) (Entered: 05/04/2005) |
| 05/04/2005 | 98 | Judge William G. Young : Electronic ORDER entered. PROCEDURAL ORDER re sentencing hearing as to Jennifer Pavao Sentencing set for 7/19/2005 02:00 PM in Courtroom 18 before Chief Judge William G. Young. (Smith, Bonnie) (Entered: 05/04/2005) |