Date: 2-03-08

Hon. Judge Young
c/o Bonnie Young
United States District Court
United States Courthouse
1 Courthouse Way, Suite 2300
Boston, MA 02210

Re:   United States v. Christopher Custer
      Docket No. 04-CR-10098-WGY

Dear Judge Young:

I was sentenced by Judge Young on March 28, 2006 based on the sentencing guidelines that were then in effect regarding cocaine base. I believe that I am eligible to be resentenced, under the amended cocaine base guidelines, which have been made retroactive.

I cannot afford to hire an attorney. A completed financial affidavit is enclosed. I am respectfully requesting that the Court appoint counsel to represent me.

I  X  do ___ ~~do not~~ wish to be represented by the same lawyer who represented me at my original sentencing.

Sincerely,

Chris Custer

Name:     Chris Custer  ID# 52142-054
Address:  U.S.P. Canaan
          P.O. Box 300
          Waymart PA 18472

Telephone: