ATTORNEY ASSIGNMENT REQUEST

Defendant:_CHRISTOPHER CUSTER          Case & Defendant Number_98-_10098_____

Date of Appointment:__2/7/08_____          Appointed by:__DEIN ,USM_____

Attorney Withdrawn_____          Date of Withdrawal_____

Reason for Withdrawal_____

Number of Counts_____

Charge(s) and Cite(s)_____

_____

Indictment_____     Information_____     Probation Revocation_____

Number of Defendants_____

Judge Code__0122_____

Special Instructions:   Appointment of counsel for crack cocaine sentence reduction matter
_____

_____

_____

_____

                                        _/s/ Elizabeth Smith
                                         Deputy Clerk

Dated_____2/5/08_____

**A COPY OF THE INDICTMENT, INFORMATION OR PETITION FOR REVOCATION
MUST ACCOMPANY THIS FORM
SUBMIT A COPY FOR DOCKETING**

Atty Assign Request.wpd